Claims Register

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address3 | City | State | Zip | Country | Claim Amount | Claim Type | A | R | A/R Date | Nature | DebtorName | Debtor No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/09/2016 | 1 | Wyoming Waste Services - Rock Springs | | 1754 Interchange Rd | | | Rock Springs | WY | 82901 | | $500.31 | Utility Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 02/16/2016 | 2 | Glenn Tech International Group, LP | | 12614 Misty Valley Dr. | | | Houston | TX | 77066 | | $89,146.76 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 02/24/2016 | 3 | FMC Technologies Completions Inc. | | 500 N Sam Houston Pkwy West Suite 100 | | | Houston | TX | 77067 | | $22,489.76 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 02/24/2016 | 4 | BCCK Engineering Inc. | Gellert Scali Busenkell & Brown, LLC | 1201 N. Orange St., Ste. 300 | | | Wilmington | DE | 19801 | | UNLIQUIDATED | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 02/25/2016 | 5 | Upstream Petroleum Management, Inc. | | 7000 S. Yosemite St., Ste. 2908 | | | Englewood | CO | 80112 | | $3,390.95 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 02/26/2016 | 6 | Mobile Mini, Inc. | | 4646 E Van Buren St. 4th Floor | | | Phoenix | AZ | 85008 | | $3,536.53 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 02/26/2016 | 7 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $1,663.99 | Tax Claim | | | | Priority | Ryckman Creek Resources Holding Company LLC | 16-10293 |
| 02/26/2016 | 7 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $25,000.00 | Tax Claim | | | | General Unsecured | Ryckman Creek Resources Holding Company LLC | 16-10293 |
| 02/26/2016 | 8 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $45,832.14 | Tax Claim | | | | Priority | Peregrine Midstream Partners LLC | 16-10295 |
| 02/26/2016 | 9 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | EXPUNGED | Tax Claim | | | | Priority | Ryckman Creek Resources, LLC | 16-10292 |
| 02/26/2016 | 9 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | EXPUNGED | Tax Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/09/2016 | 10 | Flare Construction, Inc. | Jason H. Robinson | 370 East South Temple, 4th Floor | | | Salt Lake City | UT | 84111 | | $141,353.24 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/10/2016 | 11 | Team Industrial Services, Inc. | Weldon Eggert Corporate A/R Manager | 13131 Diary Ashford Suite #600 | | | Sugar Land | TX | 77478 | | $128,167.08 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/15/2016 | 12 | Industrial Scientific Corporation | | 1 Life Way | | | Pittsburgh | PA | 15205 | | $7,413.00 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/15/2016 | 13 | Wells Fargo Vendor Financial Services, LLC | WFVFS - Bankruptcy | PO Box 13708 | | | Macon | GA | 31208 | | $14,210.36 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/22/2016 | 14 | Williams Scotsman Inc. | | 901 S. Bond St. Suite 600 | | | Baltimore | MD | 21231 | | $23,052.51 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/22/2016 | 15 | Uinta County Treasurer | | 225 9th Street | | | Evanston | WY | 82930 | | $1,460,462.28 | Tax Claim | | | | Priority | Ryckman Creek Resources, LLC | 16-10292 |
| 03/22/2016 | 16 | Black & Veatch Corporation | Attn Chris Ward | Polsinelli PC | 222 Delaware Avenue, Suite 1101 | | Wilmington | DE | 19801 | | $545,370.29 | Trade Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 03/23/2016 | 17 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $0.00 | Tax Claim | A | | 02/23/2016 | Priority | Peregrine Midstream Partners LLC | 16-10295 |
| 03/23/2016 | 18 | Praxair Services, Inc. | Jeffrey Weiss | 39 Old Ridgebury Road | | | Danbury | CT | 06810 | | $663,757.00 | 503(b)(9) Claim | | | | Admin Priority | Ryckman Creek Resources, LLC | 16-10292 |
| 03/23/2016 | 18 | Praxair Services, Inc. | Jeffrey Weiss | 39 Old Ridgebury Road | | | Danbury | CT | 06810 | | $1,400,984.82 | 503(b)(9) Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/24/2016 | 19 | Morcon Industrial Specialty, Inc. | | 34 Allegiance Circle | PO Box 1670 | | Evanston | WY | 82931-1670 | | $97,141.79 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/24/2016 | 20 | Cardwell Distributing | | 8137 So State | | | Midvale | UT | 84047 | | $36,561.27 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/24/2016 | 21 | Davis & Davis | | 2249 West College Ave. | | | Englewood | CO | 80209 | | $2,521.33 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/24/2016 | 22 | Cazins | | 800 Front Street | | | Evanston | WY | 82930 | | $166.54 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/25/2016 | 23 | Veritas Advisory Group, Inc. | | 1601 Elm Street Suite 3600 | | | Dallas | TX | 75201 | | $377,174.31 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/25/2016 | 24 | Adler Tank Rentals, LLC | | 2751 Aaron Street | | | Deer Park | TX | 77536 | | $11,856.30 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/25/2016 | 25 | Stargel Office Systems, Inc. | Stargel Office Solutions | 4700 Blalock Rd | | | Houston | TX | 77041 | | $777.98 | Trade Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 03/25/2016 | 26 | Freeway Tire | | 217 Bear River Drive | | | Evanston | WY | 82930 | | UNLIQUIDATED | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/25/2016 | 27 | Blake Liedtke & Laurie Liedtke Family Trusts | Attn Blake Liedtke | 813 Walker Ste. 1610 | | | Houston | TX | 77002 | | EXPUNGED | Equity Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 03/25/2016 | 28 | AFCO Insurance Premium Finance | | 5600 N. River Road | Suite 400 | | Rosemont | IL | 60018 | | $132,968.10 | Insurance Claim | | | | Secured | Peregrine Midstream Partners LLC | 16-10295 |

Claims Register

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address3 | City | State | Zip | Country | Claim Amount | Claim Type | A | R | A/R Date | Nature | DebtorName | Debtor No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/28/2016 | 29 | Department of Treasury - Internal Revenue Service | | P.O. Box 7346 | | | Philadephia | PA | 19101-7346 | | $0.00 | Tax Claim | A | | 02/23/2016 | Priority | Ryckman Creek Resources Holding Company LLC | 16-10293 |
| 03/28/2016 | 30 | R&R Machine Inc. | | 625 North 400 West | | | North Salt Lake | UT | 84054 | | $39,685.20 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/28/2016 | 31 | Matrix Service Inc. | John H. Schanne, II, Esq. | Pepper Hamilton, LLP | Hercules Plaza, Suite 5100 | 1313 Market Street, PO Box 1709 | Wilmington | DE | 19899-1709 | | UNLIQUIDATED | Trade Claim | | | | Secured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/28/2016 | 32 | E.J. Bartells | | 700 Powell Ave SW | | | Renton | WA | 98057 | | $410,284.65 | Trade Claim | | | | Secured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/28/2016 | 33 | Precision Engineering, Inc. | | 9805 S 500 W | | | Sandy | UT | 84070 | | $159,605.42 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/29/2016 | 34 | Castle Rock | | 624 Front St | | | Evanston | WY | 82930 | | $396.98 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/29/2016 | 35 | Lindley Construction, Inc. | | Post Office Box 2217 | | | Evanston | WY | 82931 | | $4,030.00 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/30/2016 | 36 | Winn-Marion, Inc | | 7084 S. Revere Parkway, Unit A | | | Centennial | CO | 80112 | | $11,139.29 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/30/2016 | 37 | Winn-Marion Barber, LLC | | 7084 S Revere Parkway Unit A | | | Centennial | CO | 80112 | | $11,790.46 | 503(b)(9) Claim | | | | Admin Priority | Ryckman Creek Resources, LLC | 16-10292 |
| 03/30/2016 | 37 | Winn-Marion Barber, LLC | | 7084 S Revere Parkway Unit A | | | Centennial | CO | 80112 | | $2,455.15 | 503(b)(9) Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/31/2016 | 38 | Norco | | PO Box 15299 | | | Boise | ID | 83715 | | $10,228.38 | 503(b)(9) Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 03/31/2016 | 38 | Norco | | PO Box 15299 | | | Boise | ID | 83715 | | $623.41 | 503(b)(9) Claim | | | | Admin Priority | Ryckman Creek Resources, LLC | 16-10292 |
| 03/31/2016 | 39 | Philip Williams | | 168 Cobble Creek Drive | | | Evanston | WY | 82930 | | $5,200.00 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources Holding Company LLC | 16-10293 |
| 03/31/2016 | 40 | Philip Williams | | 168 Cobble Creek Drive | | | Evanston | WY | 82930 | | EXPUNGED | Trade Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/01/2016 | 41 | AIG Specialty Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa and certain other subsidiaries et al | Ryan G. Foley, Authorized Representative | 175 Water Street, 15th Floor | | | New York | NY | 10038 | | UNLIQUIDATED | Insurance Claim | | | | Secured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/01/2016 | 41 | AIG Specialty Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa and certain other subsidiaries et al | Ryan G. Foley, Authorized Representative | 175 Water Street, 15th Floor | | | New York | NY | 10038 | | UNLIQUIDATED | Insurance Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/01/2016 | 42 | AIG Specialty Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa and certain other subsidiaries et al | Ryan G. Foley, Authorized Representative | 175 Water Street, 15th Floor | | | New York | NY | 10038 | | UNLIQUIDATED | Insurance Claim | | | | Secured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/01/2016 | 42 | AIG Specialty Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa and certain other subsidiaries et al | Ryan G. Foley, Authorized Representative | 175 Water Street, 15th Floor | | | New York | NY | 10038 | | UNLIQUIDATED | Insurance Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/04/2016 | 43 | Questar Infocomm, Inc | | 333 S. State Street | P.O. Box 45360 | | Salt Lake City | UT | 84145-0360 | | $916.88 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/04/2016 | 44 | R360 Environmental Solutions, LLC | | 3 Waterway Square Place, Suite 110 | | | The Woodlands | TX | 77380 | | $9,491.25 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/04/2016 | 45 | Schwitzers Night & Day Trucking, Inc | | 3193 State HWY 89 N | | | Evanston | WY | 82930 | | $28,790.00 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/04/2016 | 46 | Questar Energy Services, Inc. | | 333 S. State Street | P.O. Box 45360 | | Salt Lake City | UT | 84145-0360 | | $1,965.00 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/04/2016 | 47 | Crum Electirc Supply Co. | | 1165 English Ave | | | Casper | WY | 82601 | | $1,363.72 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/05/2016 | 48 | Redi Services, LLC | | Post Office Box 310 | | | Lyman | WY | 82937 | | $4,807,622.35 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/06/2016 | 49 | ACI Services, Inc. | | 125 Steubenville Ave. | PO Box 487 | | Cambridge | OH | 43725 | | $46,766.57 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/06/2016 | 50 | Randstad Professionals US, LP, d/b/a Tatum | Randstad Professionals US, LP | 3625 Cumberland Blvd., Suite 600 | | | Atlanta | GA | 30339 | | $6,200.00 | Trade Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/06/2016 | 51 | Emerson Process Management LLLP | | 8000 Norman Center Drive Ste. 1200 | | | Bloomington | MN | 55437 | | $1,448,769.96 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/06/2016 | 52 | Rosemount Inc | Attn Jon Peterson | 800 Norman Center Drive, Ste 1200 | | | Bloomington | MN | 55437 | | $3,406.25 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/06/2016 | 53 | Instrument & Valve Services Company | | 8000 Norman Center Drive, Ste 1200 | | | Bloomington | MN | 55437 | | $4,410.00 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/06/2016 | 54 | Ranch Hand Services | | 907 Almy Road 105 | | | Evanston | WY | 82930 | | $23,183.00 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address3 | City | State | Zip | Country | Claim Amount | Claim Type | A | R | A/R Date | Nature | DebtorName | Debtor No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/06/2016 | 55 | Inberg Surveying Company, Inc. | | 124 East Main St. | | | Riverton | WY | 82501 | | $15,852.97 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/07/2016 | 56 | PacifiCorp, d/b/a Rocky Mountain Power | | 4171 W. Lake Park Blvd. | | | Salt Lake City | UT | 84120 | | $116,483.05 | 503(b)(9) Claim | | | | Admin Priority | Ryckman Creek Resources, LLC | 16-10292 |
| 04/07/2016 | 56 | PacifiCorp, d/b/a Rocky Mountain Power | | 4171 W. Lake Park Blvd. | | | Salt Lake City | UT | 84120 | | $178,979.99 | 503(b)(9) Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 57 | MMR Constructors, Inc. | Attn Rick M. Shelby | Kelly Hart & Pitre | 400 Poydras Street, Suite 1812 | | New Orleans | LA | 70130 | | | Trade Claim | | | | Secured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 57 | MMR Constructors, Inc. | Attn Rick M. Shelby | Kelly Hart & Pitre | 400 Poydras Street, Suite 1812 | | New Orleans | LA | 70130 | | $1,766,989.66 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 58 | Troy Construction, LLC | | 8521 McHard Rd | | | Houston | TX | 77053 | | UNLIQUIDATED | Litigation Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 59 | iReservoir.com, Inc | | 1490 W. Canal Court Suite 2000 | | | Littleton | CO | 80120 | | $2,970.00 | Trade Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 60 | Chart Cooler Service Company, Inc. | | 1 Infinity Corporate Center Dr. | Suite 300 | | Garfield Hts. | OH | 44125 | | $1,793.92 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 61 | Alsco Linen and Uniform Rental | | 150 26th St | | | Ogden | UT | 84401 | | $1,326.48 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 62 | William Insulation Company | Stephen R. Winship | Winship & Winship, P.C. | PO Box 548 | | Casper | WY | 82602 | | UNLIQUIDATED | 503(b)(9) Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 62 | William Insulation Company | Stephen R. Winship | Winship & Winship, P.C. | PO Box 548 | | Casper | WY | 82602 | | $64,914.25 | 503(b)(9) Claim | | | | Admin Priority | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 63 | Robert L. Weisgarber | Randstad Professionals US, LP | 3625 Cumberland Boulevard, Suite 600 | | | Atlanta | GA | 30339 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 64 | Robert L. Weisgarber | Randstad Professionals US, LP | 3625 Cumberland Boulevard, Suite 600 | | | Atlanta | GA | 30339 | | BLANK | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 65 | Alliance Process Partners, LLC, d/b/a International Alliance Group | Paul Switzer | 10300 Town Park Dr. | | | Houston | TX | 77072 | | $4,029,748.50 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 66 | Randstad Professionals US, LP, d/b/a Tatum | Randstad Professionals US, LP | 3625 Cumberland Blvd., Suite 600 | | | Atlanta | GA | 30339 | | $6,200.00 | Trade Claim | A | | | Secured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 67 | H. Dean Jones | | 4812 Ridge Creek Road | | | Owensboro | KY | 42303 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 68 | H. Dean Jones | | 4812 Ridge Creek Road | | | Owensboro | KY | 42303 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 69 | Andy Lang | | 1014 Briar Ridge Drive | | | Houston | TX | 77057 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 70 | Andy Lang | | 1014 Briar Ridge Drive | | | Houston | TX | 77057 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/08/2016 | 71 | H. Dean Jones | | 4812 Ridge Creek Road | | | Owensboro | KY | 42303 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/08/2016 | 72 | Andy Lang | | 1014 Briar Ridge Drive | | | Houston | TX | 77057 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 73 | Alan Englehart | | 5065 Veach Road | | | Owensboro | KY | 42303 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/08/2016 | 74 | Geoff Roberts | | 16 Dunnam Lane | | | Houston | TX | 77024 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/08/2016 | 75 | Alan Englehart | | 5065 Veach Road | | | Owensboro | KY | 42303 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 76 | Redi Engineering Services | | 225 Union Blvd | | | Lakewood | CO | 80228 | | $29,734.71 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 77 | Geoff Roberts | | 16 Dunnam Lane | | | Houston | TX | 77024 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 78 | Barry Pearl | | 950 Augusta Way, #203 | | | Highland Park | IL | 60035 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/08/2016 | 79 | Geoff Roberts | | 16 Dunnam Lane | | | Houston | TX | 77024 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 80 | Barry Pearl | | 950 Augusta Way, #203 | | | Highland Park | IL | 60035 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 81 | Alan Englehart | | 5065 Veach Road | | | Owensboro | KY | 42303 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 82 | Barry Pearl | | 950 Augusta Way, #203 | | | Highland Park | IL | 60035 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 83 | Alex N. Darden | | 1114 Avenue of the Americas, 45th Floor | | | New York | NY | 10036 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/08/2016 | 84 | Alex N. Darden | | 1114 Avenue of the Americas, 45th Floor | | | New York | NY | 10036 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address3 | City | State | Zip | Country | Claim Amount | Claim Type | A | R | A/R Date | Nature | DebtorName | Debtor No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/2016 | 85 | Alex N. Darden | | 1114 Avenue of the Americas, 45th Floor | | | New York | NY | 10036 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 86 | VirtueCom Inc. | Aaron Garber | Kutner Brinen Garber, P.C. | 1660 Lincoln St., Suite 1850 | | Denver | CO | 80264 | | $54,890.16 | Trade Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 87 | Glen Matsumoto | | 7 Hyatt Lane | | | Somers | NY | 10589 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 88 | Glen Matsumoto | | 7 Hyatt Lane | | | Somers | NY | 10589 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/08/2016 | 89 | Glen Matsumoto | | 7 Hyatt Lane | | | Somers | NY | 10589 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 90 | VirtueCom Inc. | Aaron Garber | Kutner Brinen Garber, P.C. | 1660 Lincoln St., Suite 1850 | | Denver | CO | 80264 | | $99,110.16 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 91 | NJR Energy Services Company | Attn Ginger Richman | 1415 Wyckoff Road | | | Wall | NJ | 07719 | | $2,829,366.84 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 92 | James C. Ruth | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 93 | James C. Ruth | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/08/2016 | 94 | James C. Ruth | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources Holding Company LLC | 16-10293 |
| 04/08/2016 | 95 | James C. Ruth | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 96 | Jeffery H. Foutch | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 97 | Jeffery H. Foutch | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/08/2016 | 98 | Roger B. Kelley | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Employee Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 99 | Jeffery H. Foutch | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources Holding Company LLC | 16-10293 |
| 04/08/2016 | 100 | Jeffery H. Foutch | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 101 | Roger B. Kelley | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/08/2016 | 102 | Roger B. Kelley | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources Holding Company LLC | 16-10293 |
| 04/08/2016 | 103 | Robert Foss | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/08/2016 | 104 | Roger B. Kelley | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 105 | Robert Foss | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/08/2016 | 106 | Robert Foss | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources Holding Company LLC | 16-10293 |
| 04/08/2016 | 107 | Robert Foss | c/o Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 | | | Houston | TX | 77056 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 108 | Brock Services, LLC | Attn Assistant General Counsel | 10343 Sam Houston Park Drive, #200 | | | Houston | TX | 77064 | | $4,250,376.00 | Trade Claim | | | | Secured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/08/2016 | 108 | Brock Services, LLC | Attn Assistant General Counsel | 10343 Sam Houston Park Drive, #200 | | | Houston | TX | 77064 | | $177,156.00 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 109 | Quality Propane | Rick Bolinder, President | 624 W. Cheyenne Dr #9 | | | Evanston | WY | 82930 | | $25,204.90 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 110 | Quality Propane, Inc. | | 624 W. Cheyenne Dr. | Suite 9 | | Evanston | WY | 82930 | | $25,204.90 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources Holding Company LLC | 16-10293 |
| 04/11/2016 | 111 | Mountain States Oilfield Services | | 103 Hillside Drive | | | Evanston | WY | 82930 | | $22,350.00 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 112 | A-Star Contracting | | Post Office Box 354 | | | Evanston | WY | 82931 | | $7,650.70 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address3 | City | State | Zip | Country | Claim Amount | Claim Type | A | R | A/R Date | Nature | DebtorName | Debtor No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/2016 | 113 | Darrell Poteet | Attn Darrell Poteet | 12122 Burgoyne Dr | | | Houston | TX | 77077 | | $50,000.00 | Employee Claim | | | | Priority | Peregrine Midstream Partners LLC | 16-10295 |
| 04/11/2016 | 114 | Culligan Water Conditioning | | 2812 South 600 West | | | Salt Lake | UT | 84115 | | $799.60 | Trade Claim | | | | Admin Priority | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 114 | Culligan Water Conditioning | | 2812 South 600 West | | | Salt Lake | UT | 84115 | | $371.80 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 115 | MMI Engineering | Chris Bennett | 1111 Broadway, Floor 6 | | | Oakland | CA | 94607 | | $181,958.77 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 116 | Geosyntec Consultants, Inc. | Christopher Bennett, Esq | 1111 Broadway, Floor 6 | | | Oakland | CA | 94607 | | $68,122.67 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 117 | Latitude Technologies, Inc | | 3345 Silverstone Drive | Suite A | | Plano | TX | 75023 | | $270.63 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 118 | CB&I Clearfield Inc. | Carter J. White, CB&I Inc. | 2103 Research Forest Drive | | | The Woodlands | TX | 77380 | | $1,789,388.00 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 119 | Great Salt Lake Electric, Inc. | R. Grant Dick IV | 1000 West Street, 10th Floor | | | Wilmington | DE | 19801 | | UNLIQUIDATED | Trade Claim | | | | Secured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 120 | Uinta Livestock Grazing Partnership | c/o Mark S. Brown CPA | 1015 East 3900 South | | | Salt Lake City | UT | 84124 | | UNLIQUIDATED | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 121 | Luke M. Saban | | 1801 White Sands Lane | | | Davis | CA | 95616 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources Holding Company LLC | 16-10293 |
| 04/11/2016 | 122 | Luke M. Saban | | 1801 White Sands Lane | | | Davis | CA | 95616 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/11/2016 | 123 | Luke M. Saban | | 1801 White Sands Lane | | | Davis | CA | 95616 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/11/2016 | 124 | John Ragan | | 625-B Allston Street | | | Houston | TX | 77007 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 125 | Kenneth C. Sawyer III | | 245 Dahlia Street | | | Denver | CO | 80220 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 126 | Kenneth C. Sawyer III | | 245 Dahlia Street | | | Denver | CO | 80220 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources Holding Company LLC | 16-10293 |
| 04/11/2016 | 127 | Kenneth C. Sawyer III | | 245 Dahlia Street | | | Denver | CO | 80220 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/11/2016 | 128 | Kenneth C. Sawyer III | | 245 Dahlia Street | | | Denver | CO | 80220 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/11/2016 | 129 | John Ragan | | 625-B Allston Street | | | Houston | TX | 77007 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/11/2016 | 130 | John Ragan | | 625-B Allston Street | | | Houston | TX | 77007 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/11/2016 | 131 | ING Capital LLC, as Agent | c/o Robert W. Jones | Holland & Knight LLP | 200 Crescent Court, Suite 1600 | | Dallas | TX | 75201 | | UNLIQUIDATED | Lender Claim | | | | Secured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 132 | ING Capital LLC, as Agent | c/o Robert W. Jones | Holland & Knight LLP | 200 Crescent Court, Suite 1600 | | Dallas | TX | 75201 | | UNLIQUIDATED | Lender Claim | | | | Secured | Ryckman Creek Resources Holding Company LLC | 16-10293 |
| 04/11/2016 | 133 | ING Capital LLC, as Agent | c/o Robert W. Jones | Holland & Knight LLP | 200 Crescent Court, Suite 1600 | | Dallas | TX | 75201 | | UNLIQUIDATED | Lender Claim | | | | Secured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/11/2016 | 134 | ING Capital LLC, as Agent | c/o Robert W. Jones | Holland & Knight LLP | 200 Crescent Court, Suite 1600 | | Dallas | TX | 75201 | | UNLIQUIDATED | Lender Claim | | | | Secured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/11/2016 | 135 | Uinta Livestock Grazing Partnership & Bell Butte Grazing Partnership | | 1015 East 3900 South | | | Salt Lake City | UT | 84124 | | UNLIQUIDATED | Landlord Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 136 | Uinta Livestock Grazing Partnership & Bell Butte Grazing Partnership | | 1015 East 3900 South | | | Salt Lake City | UT | 84124 | | UNLIQUIDATED | Landlord Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 137 | John M. Hopper | Andrews Kurth LLP | Attn David Zdunkewicz | 600 Travis, Suite 4200 | | Houston | TX | 77002 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 138 | John M. Hopper | Andrews Kurth LLP | Attn David Zdunkewicz | 600 Travis, Suite 4200 | | Houston | TX | 77002 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/11/2016 | 139 | Wholesale Electric Supply Co. of Houston Inc. | Richard Biddy | 4040 Gulf Freeway | | | Houston | TX | 77004 | | UNLIQUIDATED | Trade Claim | | | | Secured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 140 | Bear River Acquisition Company, Inc. | Jim Arrol and Matthew Tullier | c/o EQT Infrastructure Limited | Level 4 (North) | St. Julians Court, St. Julians Ave | St. Peter Guernsey | | GY11WA | Channel Islands | UNLIQUIDATED | Lender Claim | | | | Secured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 141 | Bear River Acquisition Company, Inc. | Jim Arrol and Matthew Tullier | c/o EQT Infrastructure Limited | Level 4 (North) | St. Julians Court, St. Julians Ave | St. Peter Guernsey | | GY11WA | Channel Islands | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Rocky Mountains LLC | 16-10294 |
| 04/11/2016 | 142 | Bear River Acquisition Company, Inc. | Jim Arrol and Matthew Tullier | c/o EQT Infrastructure Limited | Level 4 (North) | St. Julians Court, St. Julians Ave | St. Peter Guernsey | | GY11WA | Channel Islands | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |

Claims Register

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address3 | City | State | Zip | Country | Claim Amount | Claim Type | A | R | A/R Date | Nature | DebtorName | Debtor No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/2016 | 143 | Trihydro Corporation | | 1252 Commerce Drive | | | Laramie | WY | 82070 | | $3,463.72 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 144 | Vernon Williams | Attn David Zdunkewicz | Andrews Kurth LLP | 600 Travis, Suite 4200 | | Houston | TX | 77002 | | UNLIQUIDATED | Trade Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/11/2016 | 145 | Vernon Williams | Attn David Zdunkewicz | Andrews Kurth LLP | 600 Travis, Suite 4200 | | Houston | TX | 77002 | | UNLIQUIDATED | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 146 | Walter Oil and Gas Corporation | Attn Rusty Walter | 1100 Louisiana Ste. 200 | | | Houston | TX | 77002 | | $1,000,000.00 | Equity Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/11/2016 | 147 | John M. Hopper | Attn David Zdunkewicz | Andrews Kurth LLP | 600 Travis, Suite 4200 | | Houston | TX | 77002 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 148 | John M. Hopper | Attn David Zdunkewicz | Andrews Kurth LLP | 600 Travis, Suite 4200 | | Houston | TX | 77002 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/11/2016 | 149 | Questar Gas Company | Attn Cameron L. Sabin | c/o Stoel Rives LLP | 201 South Main Street, Suite 1100 | | Salt Lake City | UT | 84111 | | UNLIQUIDATED | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 150 | Superior Natural Gas Corp. | Attn John Croft | 1100 Louisiana Ste. 350 | | | Houston | TX | 77002 | | $1,000,000.00 | Equity Claim | | | | General Unsecured | Peregrine Midstream Partners LLC | 16-10295 |
| 04/11/2016 | 151 | Beabout Brock Easley LLC | | 26511 Harding St | | | Oak Park | MI | 48237 | | $56,753.02 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 152 | Uinta Livestock Grazing Partnership | | 1015 East 3900 South | | | Salt Lake City | UT | 84124 | | UNLIQUIDATED | Trade Claim | A | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 153 | Uinta Livestock Grazing Partnership | | 1015 East 3900 South | | | Salt Lake City | UT | 84124 | | UNLIQUIDATED | Landlord Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/11/2016 | 154 | Luke M. Saban | | 1801 White Sands Lane | | | Davis | CA | 95616 | | UNLIQUIDATED | Indemnification Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/12/2016 | 155 | Acqyre B.V. | Steve Pascoe | 6700 Las Colinas E3L | | | Irving | TX | 75039 | | $2,105,660.00 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 04/12/2016 | 156 | Intermountain Electric Servicees, Inc. | Frank B. Watkins | PO Box 1811 | | | Riverton | WY | 82501 | | $631,022.60 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 05/02/2016 | 157 | Cogent Communications, Inc. | | 2450 N Street, NW | | | Washington | DC | 20037 | | $0.00 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 05/03/2016 | 158 | Wyoming Department of Environmental Quality | | 200 W. 17th Street | | | Cheyenne | WY | 82002 | | UNLIQUIDATED | Environmental Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 05/05/2016 | 159 | Wyoming Newspapers Inc - Uinta County Herald | Uinta County Herald | PO Box 210 | | | Evanston | WY | 82931 | | $173.18 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 05/16/2016 | 160 | DNOW LP | Attn Kori Mills | 7402 N Eldridge Parkway | | | Houston | TX | 77041 | | $3,815.95 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 05/31/2016 | 161 | Platts Construction, Inc. | Attn Kip and Jennifer Platts | PO Box 691 | | | Lyman | WY | 82937 | | $137,900.00 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 06/07/2016 | 162 | Bureau of Land Management, Wyoming State Office | | 5353 Yellowstone Rd. | | | Cheyenne | WY | 82009 | | $2,902,470.00 | Environmental Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 06/20/2016 | 163 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $0.00 | Tax Claim | A | | 02/23/2016 | Priority | Ryckman Creek Resources, LLC | 16-10292 |
| 06/28/2016 | 164 | Department of the Treasury - Internal Revenue Services | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $0.00 | Tax Claim | A | | 02/23/2016 | Priority | Ryckman Creek Resources Holding Company LLC | 16-10293 |
| 07/27/2016 | 165 | Wyoming Fabrication & Machine | | 4748 Hwy 89 North | | | Evanston | WY | 82930 | | $29,012.00 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 08/29/2016 | 166 | Blueline Rental, LLC | Attn Natalie Chilson | 2430 Auto Park Way Suite 101 | | | Escondido | CA | 92029 | | $27,233.94 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 09/27/2016 | 167 | Modular Space Corporation | Modular Space Corp | 1200 Swedesford Dr | | | Berwyn | PA | 19312 | | $2,414.66 | Trade Claim | | | | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 10/12/2016 | 168 | Uinta Livestock Grazing Partnership and Belle Butte Grazing Partnership | c/o Mark S. Bown, CPA | Bown CPA | 1015 East 3900 South | | Salt Lake City | UT | 84124 | | UNLIQUIDATED | Landlord Claim | A | | 04/11/2016 | General Unsecured | Ryckman Creek Resources, LLC | 16-10292 |
| 11/08/2016 | 169 | Uinta County Treasurer | | 225 9th Street | | | Evanston | WY | 82930 | | $1,584,804.09 | Tax Claim | | | | Priority | Ryckman Creek Resources, LLC | 16-10292 |
| 12/23/2016 | 170 | William Insulation Company | David P. Primack, Esq., Bradley P. Lehman, Esq. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | 300 Delaware Avenue, Suite 770 | | Wilmington | DE | 19801 | | $637,586.68 | Trade Claim | | | | Admin Priority | Ryckman Creek Resources, LLC | 16-10292 |