IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
RYCKMAN CREEK RESOURCES, LLC, : Case No. 16-10292 (KJC)
et al., :
: Jointly Administered
Debtors.[1] :
: **Related Docket No. 1027**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DISCLOSURE STATEMENT HEARING

TO ALL HOLDERS OF CLAIMS AND INTERESTS AND PARTIES IN INTEREST:

     PLEASE TAKE NOTICE that on May 25, 2017, Ryckman Creek Resources, LLC ("Ryckman") and certain of its affiliates, the debtors-in-possession in the above-captioned cases (collectively, the "Debtors" or the "Company") filed the (i) Third Amended Joint Chapter 11 Plan of Reorganization of Ryckman Creek Resources, LLC and its Affiliated Debtors and Debtors-in-Possession [Docket No. 1027] (as may be amended, supplemented, or otherwise modified, the "Plan") and (ii) Fourth Amended Disclosure Statement With Respect to the Third Amended Joint Chapter 11 Plan of Reorganization of Ryckman Creek Resources, LLC and its Affiliated Debtors and Debtors-in-Possession [Docket No. 1028] (the "Disclosure Statement") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Capitalized terms used in this Notice which are not defined shall have the meanings set forth in the Plan or the Disclosure Statement, as applicable.

     PLEASE TAKE FURTHER NOTICE THAT a hearing will commence on **June 29, 2017 at 10:00 a.m. (Eastern)** (the "Disclosure Statement Hearing") before the Honorable Kevin J. Carey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 to consider the Disclosure Statement, and the Debtors will also seek entry of an order (the "Disclosure Statement Order") finding that, among other things, the Disclosure Statement contains "adequate information" within the meaning set forth in Bankruptcy Code section 1125 and approving the Disclosure Statement, certain other materials related to the solicitation of acceptances of the Plan, and certain procedures with respect to the solicitation of votes on the Plan. The Disclosure Statement Hearing may be continued from time to time without further

---

[1] The Debtors and, where applicable, the last four digits of their respective taxpayer identification numbers, are as follows: Ryckman Creek Resources, LLC (4180), Ryckman Creek Resources Holding Company LLC, Peregrine Rocky Mountains LLC, and Peregrine Midstream Partners LLC (3363). The address of the Debtors' corporate headquarters is 3 Riverway, Suite 1100, Houston, TX 77056.

notice other than an adjournment announced in open court at the Disclosure Statement Hearing or at any subsequent adjourned Disclosure Statement Hearing. **THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE DISCLOSURE STATEMENT IS APPROVED BY ORDER OF THE BANKRUPTCY COURT.**

PLEASE TAKE FURTHER NOTICE THAT copies of the Plan, the Disclosure Statement, and all documents filed in the Chapter 11 Cases may be accessed through the Debtors' restructuring information website, http://www.kccllc.net/Ryckman. If you have questions regarding this Disclosure Statement Hearing Notice, you may contact the Solicitation Agent by: (i) e-mail RyckmanInfo@kccllc.com or (ii) by telephone at (877) 634-7178, within the U.S. or Canada, or (424) 236-7224, outside of the U.S. or Canada.

PLEASE TAKE FURTHER NOTICE THAT responses and objections, if any, to the approval of the Disclosure Statement must: (i) be made in writing; (ii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, (iii) set forth the name and address of the objector and the nature and amount of any claim or interest asserted by the objector against or in the Debtors, their estates, or their property, (iv) state with particularity the legal and factual bases for the objection, (v) be filed with the Bankruptcy Court together with proof of service, and (vi) be served by personal service, overnight delivery, or first-class mail, so as to be received no later than **June 27, 2017 at 12:00 p.m. (Eastern)** (the "Disclosure Statement Objection Deadline"), by the following: (i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, 920 N. King Street, Wilmington, DE 19801, Attn: Robert D. Weber, Esq. and 155 N. Wacker Dr., Chicago, IL 60606, Attn: Tabitha Atkin, Esq.; (ii) counsel to the Creditors' Committee, Greenberg Traurig, LLP, The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801, Attn: Dennis A. Meloro, Esq., 1000 Louisiana Street, Suite 1700, Houston TX 77002, Attn: Shari L. Heyen, Esq., and Terminus 200, 3333 Piedmont Road NE, Suite 2500, Atlanta, GA 30305, Attn: David B. Kurzweil, Esq.; (iii) counsel to the agent for the Debtors' prepetition secured lenders and the agent for the Debtors' postpetition secured lenders, Holland & Knight LLP, 200 Crescent Court, Suite 1600, Dallas, Texas 75201, Attn: Robert Jones, Esq. and Brent McIlwain, Esq. and Bayard, P.A., 222 Delaware Avenue, Suite 900, Wilmington, DE 19899, Attn: Neil Glassman, Esq.; and (iv) the United States Trustee, J. Caleb Boggs Federal Bldg., 844 North King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter, Esq.

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS OR RESPONSES NOT TIMELY FILED, SERVED AND RECEIVED IN THE MANNER SET FORTH ABOVE WILL NOT BE CONSIDERED AND WILL BE DEEMED OVERRULED.**

Dated: Wilmington, Delaware
       May 30, 2017

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Sarah E. Pierce*
        Sarah E. Pierce (I.D. No. 4648)
        Robert A. Weber (I.D. No. 4013)
        Alison M. Keefe (I.D. No. 6187)
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        - and -

        George N. Panagakis
        Christopher M. Dressel
        Tabitha J. Atkin
        155 N. Wacker Dr.
        Chicago, Illinois 60606
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        Counsel for Debtors and Debtors in Possession