## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| RYCKMAN CREEK RESOURCES, LLC, et al., | : | Case No. 16-10292 (KJC) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors.[1] | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### *AMENDED* AFFIDAVIT OF SERVICE

I, Aileen Huang, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On May 31, 2017, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A,** and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Order (I) Approving Bidding Procedures, (II) Scheduling the Bid Deadline and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief** [Docket No. 1041]

- **Order Granting Second Omnibus (Non-Substantive) Objection of the Debtors to Certain Late-Filed Claims** [Docket No. 1042]

Additionally, on May 31, 2017, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit C**, and First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Order (I) Approving Bidding Procedures, (II) Scheduling the Bid Deadline and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief** [Docket No. 1041]

*[remainder of page intentionally left blank]*

---

[1] The Debtors and, where applicable, the last four digits of their respective taxpayer identification numbers are as follows: Ryckman Creek Resources, LLC (4180), Ryckman Creek Resources Holding Company LLC, Peregrine Rocky Mountains LLC, and Peregrine Midstream Partners LLC (3363).  The address of the Debtors' corporate headquarters is 3 Riverway, Suite 1100, Houston, TX 77056.

Additionally, on May 31, 2017, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit E**, and First Class Mail upon the service lists attached hereto as **Exhibit F** and **Exhibit G**:

- **Order Granting Second Omnibus (Non-Substantive) Objection of the Debtors to Certain Late-Filed Claims** [Docket No. 1042]

Dated: June 21, 2017

_____
Aileen Huang

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st day of June, 2017, by Aileen Huang, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LETICIA SANCHEZ
Commission # 2130730
Notary Public - California
Los Angeles County
My Comm. Expires Oct 18, 2019

# EXHIBIT A

**Exhibit A**
**Core 2002 Parties**
**Served via Electronic Mail**

| DESCRIPTION | CREDITORNAME | CREDITORNOTICENAME | EMAIL |
|---|---|---|---|
| Co-Counsel to Anadarko Petroleum Corporation | Ashby & Geddes, P.A. | Gregory A. Taylor, Esq. | gtaylor@ashby-geddes.com |
| Counsel to ING Capital LLC the prepetition & postpetition lenders | Bayard, PA | Neil B. Glassman & Justin R. Alberto | nglassman@bayardlaw.com; jalberto@bayardlaw.com |
| Counsel to VirtueCom, Inc. | Buechler & Garber, LLC | Aaron A. Garber, Esq. | aaron@bandglawoffice.com |
| Counsel for Bell Butte Grazing Partnership and Uinta Livestock Grazing Partnership | Chipman Brown Cicero & Cole, LLP | William E. Chipman Jr. & Mark D. Olivere | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| Counsel for Great Sale Electric Inc. | Cooch & Taylor | R. Grant Dick IV | gdick@coochtaylor.com |
| Counsel for Wholesale Electric Supply Co. of Houston, Inc. | Cozen O'Connor | Mark E Felger, Simon E Fraser | mfelger@cozen.com; sfraser@cozen.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for Natixis, New York Branch | Farnan LLP | Brian E Farnan, Michael J Farnan | bfarnan@farnanlaw.com; mfarnan@farnanlaw.com |
| Attorney for Intermountain Electric Service, Inc. | Frank B. Watkins, P.C. | Frank B. Watkins | fwatkins@wyoming.com |
| Attorneys for BCCK Engineering, Inc. | Gellert Scali Buskenkell & Brown, LLC | Michael Busenkell | mbusenkell@gsbblaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Greenberg Traurig, LLP | David B. Kurzweil | KurzweilD@gtlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Greenberg Traurig, LLP | Dennis A. Meloro | MeloroD@gtlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Greenberg Traurig, LLP | Shari L. Heyen & David R. Eastlake | HeyenS@gtlaw.com; EastlakeD@gtlaw.com |
| Counsel for Natixis, New York Branch | Haynes and Boone, LLP | Charles A Beckham, Jr., Henry Flores | charles.beckham@haynesboone.com; henry.flores@haynesboone.com |
| Counsel for Distribution Internationa, Inc. d/b/a E.J. Bartells | Hiersche, Hayward, Drakeley & Urbach, P.C. | Russell W. Mills | rmills@hhdulaw.com |
| Interested Party | Holland & Hart LLP | Vicki Phelps | vphelps@hollandhart.com |
| Counsel to ING Capital LLC the prepetition & postpetition lenders | Holland & Knight LLP | Robert W. Jones & Brent McIlwain | robert.jones@hklaw.com; brent.mcilwain@hklaw.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel for Ruby Pipeline, LLC | Law Office of Patricia Williams Prewitt | Patricia Williams Prewitt | pwp@pattiprewittlaw.com |
| Counsel for Sumitomo Mitsui Banking Corp. | Luskin, Stern & Eisler LLP | Michael Luskin, Lucia Chapman | luskin@lsellp.com; chapman@lsellp.com |
| Counsel for Distribution Internationa, Inc. d/b/a E.J. Bartells | Macauley LLC | Thomas G. Macauley | tm@macdelaw.com |
| Counsel to Praxair, Inc. | Montgomery, McCracken, Walker & Rhoads, LLP | Natalie D. Ramsey, Mark A. Fink, Davis Lee Wright | nramsey@mmwr.com; mfink@mmwr.com; dwright@mmwr.com |
| Counsel to Anadarko Petroleum Corporation | Norton Rose Fulbright US LLP | William R. Greendyke | william.greendyke@nortonrosefulbright.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| Counsel to Black & Veatch Companies | Polsinelli PC | Christopher A. Ward, Shanti M. Katona, Justin K. Edelson | cward@polsinelli.com; skatona@polsinelli.com; jedelson@polsinelli.com |
| Counsel to the prepetition lender | Porter Hedges LLP | Nick Sorensen & Joyce Kao Soliman | nsorensen@porterhedges.com; jsoliman@porterhedges.com |
| Counsel to PacifiCorp | Pryor Cashman LLP | Conrad K. Chiu | cchiu@pryorcashman.com |
| Counsel for Sumitomo Mitsui Banking Corp. | Richards, Layton & Finger, P.A. | Mark D. Collins, Jason M. Madron, Joseph C. Barsalona II | collins@rlf.com; madron@rlf.com; barsalona@rlf.com |
| Counsel for Questar Gas Company | Saul Ewing LLP | Lucian B. Murley | lmurley@saul.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | philadelphia@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel for RB International Finance (USA) LLC, Counsel to Raiffeisen Bank International AG ("RBI") | Stevens & Lee, P.C. | John D. Demmy | jdd@stevenslee.com |
| Counsel for RB International Finance (USA) LLC, Counsel to Raiffeisen Bank International AG ("RBI") | Stevens & Lee, P.C. | Nicholas F. Kajon | nfk@stevenslee.com |
| Counsel for Questar Gas Company | Stoel Rives LLP | Brandy A. Sargent | brandy.sargent@stoel.com |

**Exhibit A**
**Core 2002 Parties**
**Served via Electronic Mail**

| DESCRIPTION | CREDITORNAME | CREDITORNOTICENAME | EMAIL |
|---|---|---|---|
| Counsel for Questar Gas Company | Stoel Rives LLP | Cameron L. Sabin | cameron.sabin@stoel.com |
| Counsel for Alliance Process Partners, LLC, d/b/a IAG | Strasburger & Price, LLP | Stephen A. Roberts | stephen.roberts@strasburger.com |
| Counsel for Great Sale Electric Inc. | Strong & Hanni | Stanford P. Fitts | sfitts@strongandhanni.com |
| Counsel to Troy Construction, LLC | Troy Construction, LLC | c/o Greenberg Traurig, LLP | burnettm@gtlaw.com |
| Committee of Unsecured Creditors | Troy Construction, LLC | Daniel J. O'Hare | dohare@troyconstruction.com |
| Counsel for the United States of America | U. S. Department of Justice - Civil Division | Serajul Ali | serajul.ali@usdoj.gov |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Counsel to the prepetition lender | Vinson & Elkins | Josiah M. Daniel, III & Mike Saslaw | jdaniel@velaw.com; msaslaw@velaw.com |
| Counsel to Unilev Management Corp. | Weycer, Kaplan, Pulaski & Zuber, P.C. | Jeff Carruth | jcarruth@wkpz.com |
| Counsel for Brock Services, LLC | Womble Carlyle Sandridge & Rice, LLP | Kevin J. Mangan | kmangan@wcsr.com |
| Counsel for the Wyoming Department of Environmental Quality and the Wyoming Department of Environmental Quality, Air Quality Division | Wyoming Office of the Attorney General | Elizabeth Morrisseau, Assistant Attorney General | elizabeth.morrisseau@wyo.gov |

# EXHIBIT B

**Exhibit B**
**Core 2002 Parties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alliance Process Partners, LLC, dba IAG | Attn J.B. Switzer | 10300 Town Park Dr., SE4003 | | Houston | TX | 77072 |
| Bayard, PA | Neil B. Glassman & Justin R. Alberto | 222 Delaware Avenue, Suite 900 | | Wilmington | DE | 19801 |
| BCCK Engineering, Inc. | Attn Ben Friedman, CFO | 2500 N. Big Spring St. | | Midland | TX | 79705 |
| Cooch & Taylor | R. Grant Dick IV | The Brandywine Building | 1000 West Street, 10th Floor | Wilmington | DE | 19801 |
| Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 |
| Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | Wilmington | DE | 19801 |
| Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | Dover | DE | 19903 |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | Dover | DE | 19904 |
| Frank B. Watkins, P.C. | Frank B. Watkins | PO Box 1811 | | Riverton | WY | 82501 |
| GE IT c/o Ricoh USA fdba IKON Financial | Bankruptcy Administration | 1738 Bass Road | P.O. Box 13708 | Macon | GA | 31208-3708 |
| Greenberg Traurig, LLP | David B. Kurzweil | Terminus 200 | 3333 Piedmont Road NE, Suite 2500 | Atlanta | GA | 30305 |
| Greenberg Traurig, LLP | Dennis A. Meloro | The Nemours Building | 1007 North Orange Street, Suite 1200 | Wilmington | DE | 19801 |
| Greenberg Traurig, LLP | Shari L. Heyen & David R. Eastlake | 1000 Louisiana Street, Suite 1700 | | Houston | TX | 77002 |
| Holland & Knight LLP | Robert W. Jones & Brent McIlwain | 200 Crescent Court Suite 1600 | | Dallas | TX | 75201 |
| Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Macauley LLC | Thomas G. Macauley | 300 Delaware Avenue, Suite 760 | | Wilmington | DE | 79801 |
| Norton Rose Fulbright US LLP | William R. Greendyke | 1301 McKinney, Suite 5100 | | Houston | TX | 77010-3095 |
| Office of the US Trustee Delaware | Richard L. Schepacarter | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |
| Porter Hedges LLP | Nick Sorensen & Joyce Kao Soliman | 1000 Main Street, 36th Floor | | Houston | TX | 77002 |
| Praxair, Inc. | Attn Jeffrey Weiss | 39 Old Ridgebury Rd. | | Danbury | CT | 06810 |
| Redi Services, LLC | Attn Jeff Nelson | PO Box 310 | | Lyman | WY | 82937 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Securities & Exchange Commission | Sharon Binger Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| Stevens & Lee, P.C. | John D. Demmy | 919 North Market Street, Suite 1300 | | Wilmington | DE | 19801 |
| Strasburger & Price, LLP | Stephen A. Roberts | 720 Brazos, Suite 700 | | Austin | TX | 78701 |
| Strong & Hanni | Stanford P. Fitts | 102 South 200 East, Suite 800 | | Salt Lake City | UT | 84111 |
| Troy Construction, LLC | c/o Greenberg Traurig, LLP | Michael L. Burnett | 1000 Louisiana Street, Suite 1700 | Houston | TX | 77002 |
| Troy Construction, LLC | Daniel J. O'Hare | 8521 McHard Rd | | Houston | TX | 77053 |
| US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 |
| Vinson & Elkins | Josiah M. Daniel, III & Mike Saslaw | 2001 Ross Avenue, Suite 3700 | Trammell Crow Center | Dallas | TX | 75201-2975 |
| Womble Carlyle Sandridge & Rice, LLP | Kevin J. Mangan | 222 Delaware Avenue, Suite 1501 | | Wilmington | DE | 19801 |

In re: Ryckman Creek Resources, LLC, et al.
Case No.: 16-10292

Page 1 of 1

# EXHIBIT C

**Exhibit C**
**Lienholders**
**Served via Electronic Mail**

| Description | Name | Notice Name | Email |
|---|---|---|---|
| Lienholder | Blueline Rental, LLC | Attn Natalie Chilson | natalie.chilson@bluelinerental.com |
| Lienholder | E.J. Bartells | | k.krey@distributionintl.com |
| Lienholder | Platts Construction, Inc. | Attn Kip and Jennifer Platts | jkplatts@gmail.com |
| Lienholder | William Insulation Company | | milnek@wicwyo.com; giffordd@wicwyo.com |

# EXHIBIT D

**Exhibit D**
**Lienholders**
**Served via First Class Mail**

| Name | Notice Name | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Blueline Rental, LLC | Attn Natalie Chilson | 2430 Auto Park Way Suite 101 | Escondido | CA | 92029 |
| Brock Services | | 6435 Huron Street | Denver | CO | 80221 |
| Derus Glass Works | | 1024 Center Street | Evanston | WY | 82930 |
| Derus Glass Works | | PO Box 767 | Evanston | WY | 82931-0767 |
| E.J. Bartells | | 700 Powell Ave SW | Renton | WA | 98057 |
| Great Salt Lake Electric, Inc. | dba GSLElectric | 8540 Sandy Parkway | Sandy | UT | 84070 |
| H&E Equipment Services | Amy Scholes | 4899 West 2100 South | Salt Lake City | UT | 84120 |
| HD Supply Construction & Industriel - WhiteCap | | 1815 S Ritchey St | Santa Ana | CA | 92705 |
| Matrix Service | | 3810 Bakerview Spur | Bellingham | WA | 98226 |
| Matrix Service, Inc. | | 3810 Bakerview Spur | Bellingham | WA | 98226 |
| MMR Constructors, Inc. | | 14250 E. Easter Place Unit B | Centennial | CO | 80112 |
| Platts Construction, Inc. | Attn Kip and Jennifer Platts | PO Box 691 | Lyman | WY | 82937 |
| Troy Construction | | 8521 McHard Rd | Houston | TX | 77053 |
| United Rentals | | 6125 Lakeview Rd Ste 300 | Charlotte | NC | 28269-2616 |
| United Rentals Inc. | Attn Craig A. Pintoff, General Counsel | 100 First Stamford Place, Ste 700 | Stamford | CT | 06902 |
| Wholesale Electric Supply | | 4040 Gulf Freeway | Dallas | TX | 75378-2778 |
| William Insulation Co. | 7220 W Derick Drive | 7220 W Derick Drive | Casper | WY | 82601 |
| William Insulation Company | | PO Box 2259 | Mills | WY | 82644 |

In re: Ryckman Creek Resources, LLC, et al.
Case No.: 16-10292

# EXHIBIT E

**Exhibit E**
**Uinta County Tax Parties**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Chairman Board of Equalization | | craigwelling@yahoo.com |
| Harris Law Office, P.C. | Mark W. Harris | mark@hlfpc.com |
| Uinta County Attorney | Loretta R. Howieson Gerrard | logerrard@uintacounty.com |
| Uinta County Clerk | | lawilcox@uintacounty.com; amhutchinson@uintacounty.com |
| Uinta County Treasurer | | tebrimhall@uintacounty.com |

# EXHIBIT F

**Exhibit F**
**Second Omnibus Objection Claimholders and Notice Parties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Blueline Rental, LLC | Attn Natalie Chilson | 2430 Auto Park Way Suite 101 | Escondido | CA | 92029 |
| Blueline Rental, LLC | Blueline Rental | PO Box 840062 | Dallas | TX | 75284-0062 |
| Platts Construction, Inc. | Attn Kip and Jennifer Platts | PO Box 691 | Lyman | WY | 82937 |
| Uinta County Treasurer | | 225 9th Street | Evanston | WY | 82930 |
| Wyoming Fabrication & Machine | | 4748 Hwy 89 North | Evanston | WY | 82930 |

# EXHIBIT I

**Exhibit G**
**Uinta County Tax Parties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Harris Law Office, P.C. | Mark W. Harris | 1044 Main Street | Suite A | PO Box 130 | Evanston | WY | 82931-0130 |
| Uinta County Assessor | c/o Lori Perkins | 225 9th Street | | | Evanston | WY | 82930 |
| Uinta County Attorney | Loretta R. Howieson Gerrard | 225 9th Street | | | Evanston | WY | 82930 |
| Uinta County Clerk | | 225 9th Street | | | Evanston | WY | 82930 |
| Uinta County Treasurer | | 225 9th Street | | | Evanston | WY | 82930 |