# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
RYCKMAN CREEK RESOURCES, LLC, : Case No. 16-10292 (KJC)
et al., :
: Jointly Administered
Debtors.[1] :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 29, 2017 AT 10:00 A.M. (EASTERN)

Set forth below are the matters scheduled to be heard before the Honorable Judge Kevin J. Carey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware, on June 29, 2017, beginning at 10:00 a.m. (Eastern).

**I.    ADJOURNED MATTERS**

1.  **SOLICITATION AND RIGHTS OFFERING MOTION:** Motion Of The Debtors For Entry Of An Order Approving (I) Disclosure Statement And Notice Of The Disclosure Statement Hearing, (II) Hearing Date To Consider Confirmation Of The Plan And Procedures For Filing Objections Thereto, (III) Certain Deadlines Related To Solicitation And Confirmation, (IV) Solicitation Procedures For Confirmation Of The Plan, (V) Voting And General Tabulation Procedures, And (VI) Rights Offering Procedures And Related Forms [Docket No. 1062] (Date Filed: 6/8/17)

    Related Documents:

    a.  Fourth Amended Disclosure Statement With Respect To The Third Amended Joint Chapter 11 Plan Of Reorganization Of Ryckman Creek Resources, LLC And Its Affiliated Debtors And Debtors-In-Possession [Docket No. 1028] (Date Filed: 5/25/17)

---

[1] The Debtors and, where applicable, the last four digits of their respective taxpayer identification numbers, are as follows: Ryckman Creek Resources, LLC (4180), Ryckman Creek Resources Holding Company LLC, Peregrine Rocky Mountains LLC, and Peregrine Midstream Partners LLC (3363). The address of the Debtors' corporate headquarters is 3 Riverway, Suite 1100, Houston, TX 77056.

[2] **Revisions to the prior version of the agenda appear in bold.**

    b.    Notice Of Disclosure Statement Hearing [Docket No. 1034] (Date Filed: 5/30/17)

    c.    Affidavit Of Publication Of The Notice Of Disclosure Statement Hearing In The Houston Chronicle [Docket No. 1052] (Date Filed: 6/6/17)

    d.    Affidavit Of Publication Of The Notice Of Disclosure Statement Hearing In The Salt Lake Tribune [Docket No. 1053] (Date Filed: 6/6/17)

    e.    Affidavit Of Publication Of The Notice Of Disclosure Statement Hearing In The Uinta County Herald Newspaper [Docket No. 1054] (Date Filed: 6/6/17)

    f.    Affidavit Of Publication Of The Notice Of Disclosure Statement Hearing In The Wyoming Tribune-Eagle [Docket No. 1055] (Date Filed: 6/6/17)

    g.    Notice Of (I) Rescheduled Disclosure Statement Hearing And Related Objection Deadlines And (II) Extension Of Certain Dates Established In The Bidding Procedures [Docket No. 1078] (Date Filed: 6/22/17)

Objection Deadline:    June 27, 2017 at 12:00 p.m. (Eastern), extended until July 14, 2017 at 4:00 p.m. (Eastern)

Objections/ Responses Filed:    None at the time of filing this agenda.

Status:    This matter has been adjourned until July 21, 2017 at 11:00 a.m. (Eastern).

2.    **SECOND OMNIBUS OBJECTION:** Second Omnibus (Non-Substantive) Objection Of The Debtors To Certain Late-Filed Claims [Docket No. 990] (Date Filed: 5/1/17)

Related Documents:

    a.    Order Granting Second Omnibus (Non-Substantive) Objection of the Debtors to Certain Late-Filed Claims [Docket No. 1042] (Date Filed: 5/31/17)

    b.    Order Approving Stipulation By And Between The Debtors And Uinta County, Wyoming Regarding The (I) Second Omnibus (Non-Substantive) Objection Of The Debtors To Certain Late-Filed Claims And (II) Motion Of Uinta County Wyoming For Adjournment/Continuance Of Objection To Claims Of Uinta County Wyoming [Docket No. 1050] (Date Filed: 6/5/17)

Objection Deadline:    May 24, 2017 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

a.  Creditor Uinta County's Reply To Second Omnibus (Non-Substantive) Objection Of The Debtors To Certain Late-Filed Claims [Docket No. 1023] (Date Filed: 5/24/17)

b.  Debtors' Reply To Creditor Uinta County's Reply To Second Omnibus (Non-Substantive) Objection Of The Debtors To Certain Late-Filed Claims [Docket No. 1026] (Date Filed: 5/25/17)

Status:   This matter has been adjourned to a date and time to be determined. The parties have reached a settlement in principle and intend to submitted a motion reflecting such settlement to be heard at the July 21, 2017 hearing.

## II.   MATTERS WITH CERTIFICATIONS

3.  **MOTION TO REDACT:** Debtors' Motion For Entry Of An Order Under Bankruptcy Code Section 107(B), Bankruptcy Rule 9018, And Local Bankruptcy Rule 9018-1(b) Authorizing The Debtors To Redact Certain Confidential Information In Exhibit 1 To The Proposed Order Granting The Debtors' Motion For Entry Of An Order (I) Authorizing Implementation Of A Key Employee Incentive Plan, (II) Approving The Terms Of The Key Employee Incentive Plan, And (III) Granting Related Relief [Docket No. 1061] (Date Filed: 6/8/17)

Related
Documents:

a.  Debtors' Motion For Entry Of An Order (I) Authorizing Implementation Of A Key Employee Incentive Plan, (II) Approving The Terms Of The Key Employee Incentive Plan, And (III) Granting Related Relief [Docket No. 1059] (Date Filed: 6/8/17) [SEALED]

b.  Certification Of Counsel [Docket No. 1082] (Date Filed: 6/26/17)

c.  Proposed Form Of Order

Objection
Deadline:   June 22, 2017 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

a.  Informal Response Of The Office Of The United States Trustee

3

        **Status:**        **The Court has granted the relief sought in the motion at Docket No. 1086.**

### III. CONTESTED MATTERS

4. **KEIP MOTION:** Debtors Motion For Entry Of An Order (I) Authorizing Implementation Of A Key Employee Incentive Plan, (II) Approving The Terms Of The Key Employee Incentive Plan, And (III) Granting Related Relief [Docket No. 1059] (Date Filed: 6/8/17) [SEALED]

   **Related Documents:**

   a. **Supplemental Declaration Of Robert D. Albergotti In Support Of Debtors' Motion For Entry Of An Order (I) Authorizing Implementation Of A Key Employee Incentive Plan, (II) Approving The Terms Of The Key Employee Incentive Plan, And (III) Granting Related Relief [Docket No. 1088] (Date Filed: 6/28/17) [SEALED]**

   Objection Deadline:   June 22, 2017 at 4:00 p.m. (Eastern), extended for the Office of the United States Trustee until June 26, 2017 at 4:00 p.m. (Eastern)

   Objections/Responses Filed:

   a. Objection Of The United States Trustee To The Debtors' Motion For Entry Of An Order Granting The Debtors' Motion For Entry Of An Order (I) Authorizing Implementation Of A Key Employee Incentive Plan, (II) Approving The Terms Of The Key Employee Incentive Plan, And (III) Granting Related Relief (D.I. 1059, 1060) [Docket No. 1081] (Date Filed: 6/26/17)

   b. **Debtors' Reply To Objection Of The United States Trustee To The Debtors' Motion For Entry Of An Order (I) Authorizing Implementation Of A Key Employee Incentive Plan, (II) Approving The Terms Of The Key Employee Incentive Plan, And (III) Granting Related Relief [Docket No. 1087] (Date Filed: 6/28/17)**

   **Status:**    **The objection of the United States Trustee has been resolved. This matter will go forward on an uncontested basis. The Debtors will request at the hearing that the Court enter an order granting the motion substantially in the form appended thereto.**

**IV.    ADDITIONAL MATTERS**

5.   **MOTION TO SHORTEN:** Debtors' Motion For Entry Of An Order Under Bankruptcy Code Sections 102 And 105, Bankruptcy Rules 2002 And 9006(c), And Local Bankruptcy Rule 9006-1(e) Shortening Notice Period Related To Debtors' Motion For Entry Of An Order Under Bankruptcy Code Section 107(b), Bankruptcy Rule 9018, And Local Bankruptcy Rule 9018-1(b) Authorizing The Debtors To Redact And File Under Seal Certain Confidential Exhibits To The Supplemental Declaration Of Robert D. Albergotti In Support Of The Debtors' Motion For Entry Of An Order (I) Authorizing Implementation Of A Key Employee Incentive Plan, (II) Approving The Terms Of The Key Employee Incentive Plan, And (III) Granting Related Relief [Docket No. 1091] (Date Filed: 6/28/17)

   **Related Documents:**

   a.   Debtors' Motion For Entry Of An Order Under Bankruptcy Code Section 107(b), Bankruptcy Rule 9018, And Local Bankruptcy Rule 9018-1(b) Authorizing The Debtors To Redact And File Under Seal Certain Confidential Exhibits To The Supplemental Declaration Of Robert D. Albergotti In Support Of The Debtors' Motion For Entry Of An Order (I) Authorizing Implementation Of A Key Employee Incentive Plan, (II) Approving The Terms Of The Key Employee Incentive Plan, And (III) Granting Related Relief [Docket No. 1090] (Date Filed: 6/28/17)

   b.   Proposed Form Of Order

   **Objection Deadline:**   June 29, 2017 at 10:00 a.m. (Eastern)

   **Objections/ Responses Filed:**   None at the time of filing this agenda.

   **Status:**   This matter is going forward.

6.   **MOTION TO REDACT:** Debtors' Motion For Entry Of An Order Under Bankruptcy Code Section 107(b), Bankruptcy Rule 9018, And Local Bankruptcy Rule 9018-1(b) Authorizing The Debtors To Redact And File Under Seal Certain Confidential Exhibits To The Supplemental Declaration Of Robert D. Albergotti In Support Of The Debtors' Motion For Entry Of An Order (I) Authorizing Implementation Of A Key Employee Incentive Plan, (II) Approving The Terms Of The Key Employee Incentive Plan, And (III) Granting Related Relief [Docket No. 1090] (Date Filed: 6/28/17)

**Related Documents:**

a. **Supplemental Declaration Of Robert D. Albergotti In Support Of Debtors' Motion For Entry Of An Order (I) Authorizing Implementation Of A Key Employee Incentive Plan, (II) Approving The Terms Of The Key Employee Incentive Plan, And (III) Granting Related Relief [Docket No. 1088] (Date Filed: 6/28/17)**

b. **Proposed Form Of Order**

**Objection Deadline:** **June 29 at 10:00 a.m., subject to this Court's approval**

**Objections/ Responses Filed:** **None at the time of filing this agenda.**

**Status:** **This matter is going forward, subject to this Court's approval of the Motion to Shorten.**

Dated: Wilmington, Delaware
June 28, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Alison M. Keefe*
Robert A. Weber (I.D. No. 4013)
Alison M. Keefe (I.D. No. 6187)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

George N. Panagakis
Christopher M. Dressel
Tabitha J. Atkin
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

Counsel for Debtors and Debtors in Possession