**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re:                                                          :    Chapter 11
:
RYCKMAN CREEK RESOURCES, LLC,        :    Case No. 16-10292 (KJC)
et al.,                                                         :
:    Jointly Administered
Debtors.[1]                                     :
:    **Related Docket Nos. 1027, 1028, 1034, 1041, 1062, 1078**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF (I) FURTHER RESCHEDULED DISCLOSURE STATEMENT HEARING
AND RELATED OBJECTION DEADLINES AND (II) FURTHER EXTENSION OF
CERTAIN DATES ESTABLISHED IN THE BIDDING PROCEDURES**

TO ALL HOLDERS OF CLAIMS AND INTERESTS AND PARTIES IN INTEREST:

     PLEASE TAKE NOTICE that on May 25, 2017, Ryckman Creek Resources, LLC ("Ryckman") and certain of its affiliates, the debtors-in-possession in the above-captioned cases (collectively, the "Debtors" or the "Company"), filed the (i) Third Amended Joint Chapter 11 Plan of Reorganization of Ryckman Creek Resources, LLC and its Affiliated Debtors and Debtors-in-Possession [Docket No. 1027] (as may be amended, supplemented, or otherwise modified, the "Plan") and (ii) Fourth Amended Disclosure Statement With Respect to the Third Amended Joint Chapter 11 Plan of Reorganization of Ryckman Creek Resources, LLC and its Affiliated Debtors and Debtors-in-Possession [Docket No. 1028] (the "Disclosure Statement"), and on June 8, 2017, the Debtors filed the Motion of the Debtors for Entry of an Order Approving (I) Disclosure Statement and Notice of the Disclosure Statement Hearing, (II) Hearing Date to Consider Confirmation of the Plan and Procedures for Filing Objections Thereto, (III) Certain Deadlines Related to Solicitation and Confirmation, (IV) Solicitation Procedures for Confirmation of the Plan, (V) Voting and General Tabulation Procedures, and (VI) Rights Offering Procedures and Related Forms (the "Disclosure Statement Motion") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Otherwise undefined capitalized terms used in this Notice (a) in relation of the rescheduled Disclosure Statement Hearing (as defined below) shall have the meanings set forth in the Plan or the Disclosure Statement, as applicable, and (b) in relation to the extension of certain dates established in the Bidding Procedures (as defined below) shall have the meanings set forth in the Bidding Procedures or the Bidding Procedures Order (as defined below).

     PLEASE TAKE FURTHER NOTICE THAT on May 30, 2017, the Debtors filed and served the Notice of the Disclosure Statement Hearing [Docket No. 1034], scheduling the

---

[1] The Debtors and, where applicable, the last four digits of their respective taxpayer identification numbers, are as follows: Ryckman Creek Resources, LLC (4180), Ryckman Creek Resources Holding Company LLC, Peregrine Rocky Mountains LLC, and Peregrine Midstream Partners LLC (3363). The address of the Debtors' corporate headquarters is 3 Riverway, Suite 1100, Houston, TX 77056.

hearing on the Disclosure Statement for June 29, 2017 at 10:00 a.m. (Eastern) (the "Disclosure Statement Hearing") and setting the deadline to object to the Disclosure Statement for June 27, 2017 at 12:00 p.m. (Eastern) (the "Disclosure Statement Objection Deadline").  The notice of the Disclosure Statement Motion filed concurrently therewith set the deadline to object to entry of an order approving the Disclosure Statement Motion (the "Disclosure Statement Order") for June 27, 2017 at 12:00 p.m. (Eastern).

PLEASE TAKE FURTHER NOTICE THAT on June 22, 2017, the Debtors filed and served the Notice of (I) Rescheduled Disclosure Statement Hearing and Related Objection Deadlines and (II) Extension of Certain Dates Established in the Bidding Procedures [Docket No. 1078] (the "Amended Notice"), which rescheduled the Disclosure Statement Hearing for July 21, 2017, at 11:00 a.m. (Eastern) and rescheduled the Disclosure Statement Objection Deadline to July 14, 2017, at 4:00 p.m. (Eastern).

PLEASE TAKE FURTHER NOTICE THAT the Disclosure Statement Hearing has been further rescheduled, and will commence on **August 24, 2017, at 2:00 p.m. (Eastern)** (the "Rescheduled Disclosure Statement Hearing") before the Honorable Kevin J. Carey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 to consider the Disclosure Statement Motion.  The Rescheduled Disclosure Statement Hearing may be continued from time to time without further notice other than an adjournment announced in open court at the Rescheduled Disclosure Statement Hearing or at any subsequent adjourned Disclosure Statement Hearing.  **THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN.  VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE DISCLOSURE STATEMENT IS APPROVED BY ORDER OF THE BANKRUPTCY COURT.**

PLEASE TAKE FURTHER NOTICE THAT copies of the Plan, the Disclosure Statement, and all documents filed in the Chapter 11 Cases may be accessed through the Debtors' restructuring information website, http://www.kccllc.net/Ryckman. If you have questions regarding this Disclosure Statement Hearing Notice, you may contact the Solicitation Agent by: (i) e-mail RyckmanInfo@kccllc.com or (ii) by telephone at (877) 634-7178, within the U.S. or Canada, or (424) 236-7224, outside of the U.S. or Canada.

PLEASE TAKE FURTHER NOTICE THAT responses and objections, if any, to the approval of the Disclosure Statement or the Disclosure Statement Order must: (i) be made in writing; (ii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, (iii) set forth the name and address of the objector and the nature and amount of any claim or interest asserted by the objector against or in the Debtors, their estates, or their property, (iv) state with particularity the legal and factual bases for the objection, (v) be filed with the Bankruptcy Court together with proof of service, and (vi) be served by personal service, overnight delivery, or first-class mail, so as to be received no later than **August 17, 2017, at 4:00 p.m. (Eastern)**, by the following: (i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, 920 N. King Street, Wilmington, DE 19801, Attn: Robert A. Weber, Esq. and 155 N. Wacker Dr., Chicago, IL 60606, Attn: Tabitha J. Atkin, Esq.; (ii) counsel to the Creditors' Committee, Greenberg Traurig, LLP, The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801, Attn: Dennis A. Meloro, Esq., 1000

Louisiana Street, Suite 1700, Houston TX 77002, Attn: Shari L. Heyen, Esq., and Terminus 200, 3333 Piedmont Road NE, Suite 2500, Atlanta, GA 30305, Attn: David B. Kurzweil, Esq.; (iii) counsel to the agent for the Debtors' prepetition secured lenders and the agent for the Debtors' postpetition secured lenders, Holland & Knight LLP, 200 Crescent Court, Suite 1600, Dallas, Texas 75201, Attn: Robert Jones, Esq. and Brent McIlwain, Esq. and Bayard, P.A., 222 Delaware Avenue, Suite 900, Wilmington, DE 19899, Attn: Neil Glassman, Esq.; and (iv) the United States Trustee, J. Caleb Boggs Federal Bldg., 844 North King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter, Esq.

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS OR RESPONSES NOT TIMELY FILED, SERVED AND RECEIVED IN THE MANNER SET FORTH ABOVE WILL NOT BE CONSIDERED AND WILL BE DEEMED OVERRULED.**

PLEASE TAKE FURTHER NOTICE THAT on May 31, 2017, the Bankruptcy Court entered the Order (I) Approving Bidding Procedures, (II) Scheduling the Bid Deadline and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief [Docket No. 1041] (the "Bidding Procedures Order"). The Bidding Procedures Order established June 26, 2017, at 5:00 p.m. (Eastern) as the Bid Deadline; and established June 28, 2017, at 9:30 a.m. (Eastern), as the date and time of the Auction, if any.

PLEASE TAKE FURTHER NOTICE THAT pursuant to Sections IX and XIII of the Bidding Procedures, the Debtors reserved their right to adopt certain modifications to the Bidding Procedures, including extending certain dates and deadlines established thereby, with the consent of the Agent and after consultation with the Consultation Parties. Accordingly, the Amended Notice extended the Bid Deadline to July 17, 2017, at 5:00 p.m. (Eastern) and rescheduled the Auction for July 19, 2017, at 9:30 a.m. (Eastern).

PLEASE TAKE FURTHER NOTICE THAT the Debtors, with the consent of the Agent and after consultation with the Consultation Parties, hereby further extend the Bid Deadline and reschedule the Auction, as follows:

|  | **Date Previously Scheduled** | **Date as Rescheduled** |
|---|---|---|
| **Bid Deadline** | July 17, 2017, at 5:00 p.m. ET | August 21, 2017, at 5:00 p.m. ET |
| **Auction** | July 19, 2017, at 9:30 a.m. ET | August 23, 2017, at 9:30 a.m. ET |

PLEASE TAKE FURTHER NOTICE THAT the Bidding Procedures and the Bidding Procedures Order remain in full force and effect, without modification, except as expressly set forth herein. Be advised that the Bidding Procedures and the Bidding Procedures Order set forth various additional procedures concerning, and requirements for, the Bid Deadline and the Auction. These procedures and requirements are not restated in their entirety in this Notice but nonetheless remain in full force and effect except as expressly modified hereby. Accordingly, potential Bidders and other interested parties are urged to review carefully the Bidding Procedures and the Bidding Procedures Orders. The Debtors reserve their right to adopt other or further modifications to the Bidding Procedures in accordance with the terms thereof and of the Bidding Procedures Order.

Dated: Wilmington, Delaware
       July 17, 2017

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Robert A. Weber*
        Robert A. Weber (I.D. No. 4013)
        Alison M. Keefe (I.D. No. 6187)
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        - and -

        George N. Panagakis
        Christopher M. Dressel
        Tabitha J. Atkin
        155 N. Wacker Dr.
        Chicago, Illinois 60606
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        Counsel for Debtors and Debtors in Possession