**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                            :    Chapter 11
:
RYCKMAN CREEK RESOURCES, LLC,  :    Case No. 16-10292 (KJC)
et al.,                                           :
:    Jointly Administered
Debtors.[1]                           :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 21, 2017 AT 11:00 A.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Judge Kevin J. Carey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware, on July 21, 2017, beginning at 11:00 a.m. (Eastern).

**I.     ADJOURNED MATTERS**

1.    **SOLICITATION AND RIGHTS OFFERING MOTION:** Motion Of The Debtors For Entry Of An Order Approving (I) Disclosure Statement And Notice Of The Disclosure Statement Hearing, (II) Hearing Date To Consider Confirmation Of The Plan And Procedures For Filing Objections Thereto, (III) Certain Deadlines Related To Solicitation And Confirmation, (IV) Solicitation Procedures For Confirmation Of The Plan, (V) Voting And General Tabulation Procedures, And (VI) Rights Offering Procedures And Related Forms [Docket No. 1062] (Date Filed: 6/8/17)

Related Documents:

   a.    Fourth Amended Disclosure Statement With Respect To The Third Amended Joint Chapter 11 Plan Of Reorganization Of Ryckman Creek Resources, LLC And Its Affiliated Debtors And Debtors-In-Possession [Docket No. 1028] (Date Filed: 5/25/17)

   b.    Notice Of Disclosure Statement Hearing [Docket No. 1034] (Date Filed: 5/30/17)

---

[1] The Debtors and, where applicable, the last four digits of their respective taxpayer identification numbers, are as follows: Ryckman Creek Resources, LLC (4180), Ryckman Creek Resources Holding Company LLC, Peregrine Rocky Mountains LLC, and Peregrine Midstream Partners LLC (3363). The address of the Debtors' corporate headquarters is 3 Riverway, Suite 1100, Houston, TX 77056.

c.    Affidavit Of Publication Of The Notice Of Disclosure Statement Hearing In The Houston Chronicle [Docket No. 1052] (Date Filed: 6/6/17)

d.    Affidavit Of Publication Of The Notice Of Disclosure Statement Hearing In The Salt Lake Tribune [Docket No. 1053] (Date Filed: 6/6/17)

e.    Affidavit Of Publication Of The Notice Of Disclosure Statement Hearing In The Uinta County Herald Newspaper [Docket No. 1054] (Date Filed: 6/6/17)

f.    Affidavit Of Publication Of The Notice Of Disclosure Statement Hearing In The Wyoming Tribune-Eagle [Docket No. 1055] (Date Filed: 6/6/17)

g.    Notice Of (I) Rescheduled Disclosure Statement Hearing And Related Objection Deadlines And (II) Extension Of Certain Dates Established In The Bidding Procedures [Docket No. 1078] (Date Filed: 6/22/17)

h.    Notice Of (I) Further Rescheduled Disclosure Statement Hearing And Related Objection Deadlines And (II) Further Extension Of Certain Dates Established In The Bidding Procedures [Docket No. 1118] (Date Filed: 7/17/17)

Objection Deadline:    July 14, 2017 at 4:00 p.m. (Eastern), extended until August 17, 2017 at 4:00 p.m. (Eastern)

Objections/Responses Filed:

a.    Objection Of The United States Trustee To The Fourth Amended Disclosure Statement With Respect To The Third Amended Joint Chapter 11 Plan Of Reorganization Of Ryckman Creek Resources, LLC And Its Affiliated Debtors And Debtors-In-Possession (D.I. 1028, 1062, 1078) [Docket No. 1113] (Date Filed: 7/14/17)

b.    Objection Of Matrix Service Inc. To Fourth Amended Disclosure Statement With Respect To The Third Amended Joint Chapter 11 Plan Of Reorganization Of Ryckman Creek Resources, LLC And Its Affiliated Debtors And Debtors In Possession [Docket No. 1115] (Date Filed: 7/14/17)

c.    William Insulation Company's Limited Objection To Debtors' Fourth Amended Disclosure Statement [Docket No. 1116] (Date Filed: 7/14/17)

d.    Limited Objection Of Bell Butte Grazing Partnership And Uinta Livestock Grazing Partnership To Fourth Amended Disclosure Statement With Respect To The Joint Chapter 11 Plan Of Reorganization Of Ryckman Creek Resources, LLC

      And Its Affiliated Debtors And Debtors In Possession [Docket No. 1117] (Date Filed: 7/14/17)

      Status: This matter is adjourned until August 24, 2017 at 2:00 p.m. (Eastern).

## II. MATTERS WITH CERTIFICATIONS

2. **SETTLEMENT MOTION:** Debtors' Motion For Order Under Bankruptcy Code Section 105(a) And Bankruptcy Rule 9019 Approving The Settlement Between The Debtors And Uinta County, Wyoming [Docket No. 1094] (Date Filed: 6/28/17)

   Related Documents:

   a. Certificate Of No Objection [Docket No. 1119] (Date Filed: 7/17/17)

   b. Proposed Form Of Order

   Objection Deadline: July 14, 2017 at 4:00 p.m. (Eastern)

   Objections/Responses Filed: None.

   Status: No hearing is necessary. The Debtors have filed a certificate of no objection and respectfully request that the relief sought in the Motion be granted.

## III. INTERIM FEE APPLICATION MATTERS[2]

3. Notice Of Hearing On Interim Fee Applications [Docket No. 1084] (Date Filed: 6/26/17)[3]

   Related Documents:

   a. Certification Of Counsel [Docket No. 1120] (Date Filed: 7/19/17)

   b. Proposed Interim Fee Order

---

[2] In accordance with the Bankruptcy Court's general chambers procedures, "A representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the application shall appear in person at the hearing in support of the application. If such person is not local counsel, then arrangements may be made through the Court-approved teleconferencing facilitator to appear telephonically."

[3] Fee Application binders were previously submitted to the Court on July 14, 2017.

Status: This matter is going forward if the proposed form of order is not entered prior to the hearing. Please see <u>Exhibit A</u> attached hereto for index of pleadings.

Dated: Wilmington, Delaware
July 19, 2017

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Robert A. Weber*
        Robert A. Weber (I.D. No. 4013)
        Alison M. Keefe (I.D. No. 6187)
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        - and -

        George N. Panagakis
        Christopher M. Dressel
        Tabitha J. Atkin
        155 N. Wacker Dr.
        Chicago, Illinois 60606
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        Counsel for Debtors and Debtors in Possession

## **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :   Chapter 11
                                            :
RYCKMAN CREEK RESOURCES, LLC, et al.,       :   Case No. 16-10292 (KJC)
                                            :
           Debtors.¹                        :   Jointly Administered
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**INDEX OF INTERIM FEE APPLICATIONS OF PROFESSIONALS OF DEBTORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE FEE EXAMINER**

**I.    FEE EXAMINER REPORT**

1. Second Omnibus Report Of The Fee Examiner In Connection With Interim Fee Applications Of Retained Professionals (Docket No. 1112) (Filed 7/13/17)

**II.   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

2. Second Interim Fee Application of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement Of Expenses as Counsel to the Debtors For The Period From May 1, 2016 Through And Including July 31, 2016 (Docket No. 787) (Filed 12/13/16)

    Related Documents:

    A.  Fourth Monthly Fee Request of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period From May 1, 2016 Through and Including May 31, 2016

        i.   Certificate of No Objection (Docket No. 614) (Filed 9/1/16)

    B.  Fifth Monthly Fee Request of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period From June 1, 2016 Through and Including June 30, 2016

---

[1] The Debtors and, where applicable, the last four digits of their respective taxpayer identification numbers, are as follows: Ryckman Creek Resources, LLC (4180), Ryckman Creek Resources Holding Company LLC, Peregrine Rocky Mountains LLC, and Peregrine Midstream Partners LLC (3363). The address of the Debtors' corporate headquarters is 3 Riverway, Suite 1100, Houston, TX 77056.

      i.     Certificate of No Objection (Docket No. 765) (Filed 11/30/16)

  C.    Sixth Monthly Fee Request of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period From July 1, 2016 Through and Including July 31, 2016

      i.     Certificate of No Objection (Docket No. 766) (Filed 11/30/16)

### III.  EVERCORE GROUP L.L.C.

3.  Second Interim Fee Application of Evercore Group L.L.C. for Allowance of an Administrative Claim for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Debtors for the Period From May 1, 2016 Through July 31, 2016 (Docket No. 640) (Filed 9/15/16)

Related Documents:

  A.    Fourth Monthly Fee Request of Evercore Group L.L.C., Debtors' Investment Banker, For Allowance of Compensation and Reimbursement of Expenses for the Period From May 1, 2016 Through May 31, 2016

      i.     Certificate of No Objection (Docket No.492) (Filed 7/13/16)

  B.    Fifth Monthly Fee Request of Evercore Group L.L.C., Debtors' Investment Banker, For Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2016 Through June 30, 2016

      i.     Certificate of No Objection (Docket No. 561) (Filed 8/10/16)

  C.    Sixth Monthly Fee Request of Evercore Group L.L.C., Debtors' Investment Banker, For Allowance of Compensation and Reimbursement of Expenses for the Period From July 1, 2016 Through July 31, 2016

      i.     Certificate of No Objection (Docket No. 623) (Filed 9/7/16)

### IV.  COLE SCHOTZ P.C.

4.  First Interim Fee Application Of Cole Schotz P.C., Special Counsel for Certain of the Debtors' Officers and Managers, For Allowance Of Compensation And Reimbursement Of Expenses For The Period From April 7, 2016 Through July 31, 2016 (Docket No. 795) (Filed 12/20/16)

Related Documents:

  A.    First Monthly Fee Request of Cole Schotz P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for Certain of the

        Debtors' Officers and Managers for the Period From April 7, 2016 Through May 31, 2016

            i.      Certificate of No Objection (Docket No. 498) (Filed 7/14/16)

    B.    Second Monthly Fee Request of Cole Schotz P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for Certain of the Debtors' Officers and Managers for the Period From June 1, 2016 Through June 30, 2016

            i.      Certificate of No Objection (Docket No. 578) (Filed 8/17/16)

    C.    Third Monthly Fee Request of Cole Schotz P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for Certain of the Debtors' Officers and Managers for the Period from July 1, 2016 Through July 31, 2016

            i.      Certificate of No Objection (Docket No. 627) (Filed 9/8/16)

**V.    GREENBERG TAURIG, LLP**

5.    Second Interim Fee Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From May 1, 2016 Through and Including July 31, 2016 (Docket No. 637) (Filed 9/14/16)

    Related Documents:

    A.    Fourth Monthly Fee Request of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From May 1, 2016 Through and Including May 30, 2016

            i.      Certificate of No Objection (Docket No. 484) (Filed 6/30/16)

    B.    Fifth Monthly Fee Request of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From June 1, 2016 Through and Including June 30, 2016

            i.      Certificate of No Objection (Docket No. 601) (Filed 8/25/16)

    C.    Sixth Monthly Fee Request of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From July 1, 2016 Through and Including July 31, 2016

            i.      Certificate of No Objection (Docket No. 624) (Filed 9/7/16)

**VI.    ALVAREZ & MARSAL NORTH AMERICA, LLC**

6.  Second Interim Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period From April 16, 2016 Through July 15, 2016 (Docket No. 728) (Filed 11/3/16)

    Related Documents:

    A.  Third Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period From April 16, 2016 Through and Including May 15, 2016

        i.  Certificate of No Objection (Docket No. 523) (Filed 7/28/16)

    B.  Fourth Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period From May 16, 2016 Through and Including June 15, 2016

        i.  Certificate of No Objection (Docket No. 599) (Filed 8/25/16)

    C.  Fifth Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period From June 16, 2016 Through and Including July 15, 2016

        i.  Certificate of No Objection (Docket No. 600) (Filed 8/25/16)

**VII.    FEE EXAMINER**

7.  First Interim Fee Application of Richard M. Meth for Compensation for Services Rendered and Reimbursement of Expenses as the Fee Examiner for the Period From May 18, 2016 Through March 31, 2017 (Docket No. 999) (Filed 5/8/17 )

8.  First Interim Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Fee Examiner for the Period From May 18, 2016 Through March 31, 2017 (Docket No. 1008) (Filed 5/10/17)