IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
:
In re:                           :   Chapter 11
                                 :
RYCKMAN CREEK RESOURCES, LLC,    :   Case No. 16-10292 (KJC)
et al.,                          :
                                 :   (Jointly Administered)
           Debtors.[1]           :
---------------------------------x

### AFFIDAVIT OF SERVICE

I, Lydia Pastor Nino, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On July 19, 2017, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A**, via Facsimile upon the service lists attached hereto as **Exhibit B**, and via Overnight Mail upon the service lists attached hereto as **Exhibit C**:

- **Notice of Agenda of Matters Scheduled for Hearing on July 21, 2017 at 11:00 a.m. (ET)** [Docket No. 1121]

- **Amended Notice of Agenda of Matters Previously Scheduled for Hearing on July 21, 2017 at 11:00 a.m. (ET); Hearing Canceled** [Docket No. 1125]

Dated: July 21, 2017

_____
Lydia Pastor Nino

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st day of July, 2017, by Lydia Pastor Nino, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

RICARDO TEJEDA ROMERO
Commission # 2144287
Notary Public - California
Los Angeles County
My Comm. Expires Feb 27, 2020

---

[1] The Debtors and, where applicable, the last four digits of their respective taxpayer identification numbers are as follows: Ryckman Creek Resources, LLC (4180), Ryckman Creek Resources Holding Company LLC, Peregrine Rocky Mountains LLC, and Peregrine Midstream Partners LLC (3363). The address of the Debtors' corporate headquarters is 3 Riverway, Suite 1100, Houston, TX 77056.

# **EXHIBIT A**

**Exhibit A**
**Core 2002 List**
**Served via Electronic Mail**

| DESCRIPTION | CREDITORNAME | CREDITORNOTICENAME | EMAIL |
|---|---|---|---|
| Co-Counsel to Anadarko Petroleum Corporation | Ashby & Geddes, P.A. | Gregory A. Taylor, Esq. | gtaylor@ashby-geddes.com |
| Counsel to ING Capital LLC the prepetition & postpetition lenders | Bayard, PA | Neil B. Glassman & Justin R. Alberto | nglassman@bayardlaw.com; jalberto@bayardlaw.com |
| Counsel to VirtueCom, Inc. | Buechler & Garber, LLC | Aaron A. Garber, Esq. | aaron@bandglawoffice.com |
| Counsel for Bell Butte Grazing Partnership and Uinta Livestock Grazing Partnership | Chipman Brown Cicero & Cole, LLP | William E. Chipman Jr. & Mark D. Olivere | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| Counsel for Great Sale Electric Inc. | Cooch & Taylor | R. Grant Dick IV | gdick@coochtaylor.com |
| Counsel for Wholesale Electric Supply Co. of Houston, Inc. | Cozen O'Connor | Mark E Felger, Simon E Fraser | mfelger@cozen.com; sfraser@cozen.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for Natixis, New York Branch | Farnan LLP | Brian E Farnan, Michael J Farnan | bfarnan@farnanlaw.com; mfarnan@farnanlaw.com |
| Attorney for Intermountain Electric Service, Inc. | Frank B. Watkins, P.C. | Frank B. Watkins | fwatkins@wyoming.com |
| Attorneys for BCCK Engineering, Inc. | Gellert Scali Buskenkell & Brown, LLC | Michael Busenkell | mbusenkell@gsbblaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Greenberg Traurig, LLP | David B. Kurzweil | KurzweilD@gtlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Greenberg Traurig, LLP | Dennis A. Meloro | MeloroD@gtlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Greenberg Traurig, LLP | Shari L. Heyen & David R. Eastlake | HeyenS@gtlaw.com; EastlakeD@gtlaw.com |
| Counsel for Natixis, New York Branch | Haynes and Boone, LLP | Charles A Beckham, Jr., Henry Flores | charles.beckham@haynesboone.com; henry.flores@haynesboone.com |
| Counsel for Distribution Internationa, Inc. d/b/a E.J. Bartells | Hiersche, Hayward, Drakeley & Urbach, P.C. | Russell W. Mills | rmills@hhdulaw.com |
| Interested Party | Holland & Hart LLP | Vicki Phelps | vphelps@hollandhart.com |
| Counsel to ING Capital LLC the prepetition & postpetition lenders | Holland & Knight LLP | Robert W. Jones & Brent McIlwain | robert.jones@hklaw.com; brent.mcilwain@hklaw.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel for Ruby Pipeline, LLC | Law Office of Patricia Williams Prewitt | Patricia Williams Prewitt | pwp@pattiprewittlaw.com |
| Counsel for Sumitomo Mitsui Banking Corp. | Luskin, Stern & Eisler LLP | Michael Luskin, Lucia Chapman | luskin@lsellp.com; chapman@lsellp.com |
| Counsel for Distribution Internationa, Inc. d/b/a E.J. Bartells | Macauley LLC | Thomas G. Macauley | tm@macdelaw.com |
| Counsel to Praxair, Inc. | Montgomery, McCracken, Walker & Rhoads, LLP | Natalie D. Ramsey, Mark A. Fink, Davis Lee Wright | nramsey@mmwr.com; mfink@mmwr.com; dwright@mmwr.com |
| Counsel to Anadarko Petroleum Corporation | Norton Rose Fulbright US LLP | William R. Greendyke | william.greendyke@nortonrosefulbright.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| Counsel to Black & Veatch Companies | Polsinelli PC | Christopher A. Ward, Shanti M. Katona, Justin K. Edelson | cward@polsinelli.com; skatona@polsinelli.com; jedelson@polsinelli.com |
| Counsel to the prepetition lender | Porter Hedges LLP | Nick Sorensen & Joyce Kao Soliman | nsorensen@porterhedges.com; jsoliman@porterhedges.com |
| Counsel to PacifiCorp | Pryor Cashman LLP | Conrad K. Chiu | cchiu@pryorcashman.com |
| Counsel for Sumitomo Mitsui Banking Corp. | Richards, Layton & Finger, P.A. | Mark D. Collins, Jason M. Madron, Joseph C. Barsalona II | collins@rlf.com; madron@rlf.com; barsalona@rlf.com |
| Counsel for Questar Gas Company | Saul Ewing LLP | Lucian B. Murley | lmurley@saul.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | philadelphia@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel for RB International Finance (USA) LLC, Counsel to Raiffeisen Bank International AG ("RBI") | Stevens & Lee, P.C. | John D. Demmy | jdd@stevenslee.com |

**Exhibit A**
**Core 2002 List**
**Served via Electronic Mail**

| DESCRIPTION | CREDITORNAME | CREDITORNOTICENAME | EMAIL |
|---|---|---|---|
| Counsel for RB International Finance (USA) LLC, Counsel to Raiffeisen Bank International AG ("RBI") | Stevens & Lee, P.C. | Nicholas F. Kajon | nfk@stevenslee.com |
| Counsel for Questar Gas Company | Stoel Rives LLP | Brandy A. Sargent | brandy.sargent@stoel.com |
| Counsel for Questar Gas Company | Stoel Rives LLP | Cameron L. Sabin | cameron.sabin@stoel.com |
| Counsel for Alliance Process Partners, LLC, d/b/a IAG | Strasburger & Price, LLP | Stephen A. Roberts | stephen.roberts@strasburger.com |
| Counsel for Great Sale Electric Inc. | Strong & Hanni | Stanford P. Fitts | sfitts@strongandhanni.com |
| Counsel to Troy Construction, LLC | Troy Construction, LLC | c/o Greenberg Traurig, LLP | burnettm@gtlaw.com |
| Committee of Unsecured Creditors | Troy Construction, LLC | Daniel J. O'Hare | dohare@troyconstruction.com |
| Counsel for the United States of America | U. S. Department of Justice - Civil Division | Serajul Ali | serajul.ali@usdoj.gov |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Counsel to the prepetition lender | Vinson & Elkins | Josiah M. Daniel, III & Mike Saslaw | jdaniel@velaw.com; msaslaw@velaw.com |
| Counsel to Unilev Management Corp. | Weycer, Kaplan, Pulaski & Zuber, P.C. | Jeff Carruth | jcarruth@wkpz.com |
| Counsel for Brock Services, LLC | Womble Carlyle Sandridge & Rice, LLP | Kevin J. Mangan | kmangan@wcsr.com |
| Counsel for the Wyoming Department of Environmental Quality and the Wyoming Department of Environmental Quality, Air Quality Division | Wyoming Office of the Attorney General | Elizabeth Morrisseau, Assistant Attorney General | elizabeth.morrisseau@wyo.gov |

**Exhibit A**
**Agenda List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| ALVAREZ & MARSAL NORTH AMERICA, LLC | Kelly Stapleton | kstapleton@alvarezandmarsal.com |
| CHIPMAN BROWN CICERO & COLE, LLP | William E. Chipman, Jr. and Mark D. Olivere | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| Fee Examiner | Richard M Meth | rmeth@foxrothschild.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | David P. Primack | dprimack@mdmc-law.com |
| Pepper Hamilton, LLP | Francis J. Lawall | lawallf@pepperlaw.com |
| Pepper Hamilton, LLP | John H. Schanne II | schannej@pepperlaw.com |

In re Ryckman Creek Resources, LLC et al.
Case No. 16-10292

Page 1 of 1

# **<u>EXHIBIT B</u>**

**Exhibit B**
**Core 2002 List**
**Served via Facsimile**

| DESCRIPTION | CREDITORNAME | CREDITORNOTICENAME | FAX |
|---|---|---|---|
| Committee of Unsecured Creditors | Alliance Process Partners, LLC, dba IAG | Attn J.B. Switzer | 713-690-9092 |
| Counsel to ING Capital LLC the prepetition & postpetition lenders | Bayard, PA | Neil B. Glassman & Justin R. Alberto | 302-658-6395 |
| Committee of Unsecured Creditors | BCCK Engineering, Inc. | Attn Ben Friedman, CFO | 432-685-7021 |
| Counsel for Great Sale Electric Inc. | Cooch & Taylor | R. Grant Dick IV | 302-984-3939 |
| DE AG Office | Delaware Attorney General | Matthew Denn | 302-577-6499 |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 302-577-5866 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 302-739-5831 |
| DE State Treasury | Delaware State Treasury | | 302-739-5635 |
| Attorney for Intermountain Electric Service, Inc. | Frank B. Watkins, P.C. | Frank B. Watkins | 307-857-0082 |
| Counsel to the Official Committee of Unsecured Creditors | Greenberg Traurig, LLP | Dennis A. Meloro | 302-661-7360 |
| Counsel to the Official Committee of Unsecured Creditors | Greenberg Traurig, LLP | David B. Kurzweil | 678-553-2212 |
| Counsel to the Official Committee of Unsecured Creditors | Greenberg Traurig, LLP | Shari L. Heyen & David R. Eastlake | 713-374-3505 |
| Counsel to ING Capital LLC the prepetition & postpetition lenders | Holland & Knight LLP | Robert W. Jones & Brent McIlwain | 214-964-9501 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 855-852-4141 |
| Counsel to Anadarko Petroleum Corporation | Norton Rose Fulbright US LLP | William R. Greendyke | 713-651-5246 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Richard L. Schepacarter | 302-573-6497 |
| Counsel to the prepetition lender | Porter Hedges LLP | Nick Sorensen & Joyce Kao Soliman | 713-228-1331 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 202-772-9317 or 202-772-9318 |
| Counsel for RB International Finance (USA) LLC, Counsel to Raiffeisen Bank International AG ("RBI") | Stevens & Lee, P.C. | John D. Demmy | 610-371-8515 |
| Counsel for Alliance Process Partners, LLC, d/b/a IAG | Strasburger & Price, LLP | Stephen A. Roberts | 512-499-3660 |
| Counsel for Great Sale Electric Inc. | Strong & Hanni | Stanford P. Fitts | 801-596-1508 |
| Committee of Unsecured Creditors | Troy Construction, LLC | Daniel J. O'Hare | 281-437-9580 |
| Counsel to Troy Construction, LLC | Troy Construction, LLC | c/o Greenberg Traurig, LLP | 713-754-7500 |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 302-573-6431 |
| Counsel to the prepetition lender | Vinson & Elkins | Josiah M. Daniel, III & Mike Saslaw | 214-999-7718 |

In re Ryckman Creek Resources, LLC et al.
Case No. 16-10292                                              Page 1 of 1

**Exhibit B**
**Agenda List**
**Served via Facsimile**

| CreditorName | CreditorNoticeName | Fax |
|---|---|---|
| ALVAREZ & MARSAL NORTH AMERICA, LLC | Kelly Stapleton | 212-759-5532 |
| CHIPMAN BROWN CICERO & COLE, LLP | William E. Chipman, Jr. and Mark D. Olivere | 302-295-0199 |
| Cole Schotz PC | David R Hurst | 302-652-3117 |
| Cole Schotz PC | Daniel F X Geoghan | 212-752-8393 |
| Fee Examiner | Richard M Meth | 973-992-9125 |
| Fox Rothschild LLP | L John Bird | 302-656-8920 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | David P. Primack | 302-645-4031 |
| Pepper Hamilton, LLP | Francis J. Lawall | 215-981-4750 |
| Pepper Hamilton, LLP | John H. Schanne II | 302-421-8390 |

In re Ryckman Creek Resources, LLC et al.
Case No. 16-10292                    Page 1 of 1

# **EXHIBIT C**

**Exhibit C**
**Core 2002 List**
**Served via Overnight Mail**

| DESCRIPTION | CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | BCCK Engineering, Inc. | Attn Ben Friedman, CFO | 2500 N. Big Spring St. | | Midland | TX | 79705 |
| GE Capital Information Technology Solutions c/o A Ricoh USA Program f/d/b/a IKON Financial Services "GECITS" | GE Information Technology Solutions c/o A Ricoh USA Program fdba IKON Financial Services | Bankruptcy Administration | 1738 Bass Road | P.O. Box 13708 | Macon | GA | 31208-3708 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 |
| Counsel for Distribution Internationa, Inc. d/b/a E.J. Bartells | Macauley LLC | Thomas G. Macauley | 300 Delaware Avenue, Suite 760 | | Wilmington | DE | 79801 |
| Committee of Unsecured Creditors | Praxair, Inc. | Attn Jeffrey Weiss | 39 Old Ridgebury Rd. | | Danbury | CT | 06810 |
| Committee of Unsecured Creditors | Redi Services, LLC | Attn Jeff Nelson | PO Box 310 | | Lyman | WY | 82937 |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| Counsel for Brock Services, LLC | Womble Carlyle Sandridge & Rice, LLP | Kevin J. Mangan | 222 Delaware Avenue, Suite 1501 | | Wilmington | DE | 19801 |

In re Ryckman Creek Resources, LLC et al.
Case No. 16-10292

Page 1 of 1

**Exhibit C**
**Agenda List**
**Served via Overnight Mail**

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Cole Schotz PC | David R Hurst | 500 delaware Ave Ste 1410 | | Wilmington | DE | 19801 |
| Evercore Group LLC | Evercore Partners | PO Box 5319 | | New York | NY | 10150 |
| Fee Examiner | Richard M Meth | c o Fox Rothschild LLP | 49 Market St | Morristown | NJ | 07960-5122 |
| MCELROY DEUTSCH et al | David P Primack | 300 Delaware Avenue Suite 770 | | Wilmington | DE | 19801 |