IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: Chapter 11
In re: :
: Case No. 16-10292 (KJC)
RYCKMAN CREEK RESOURCES, LLC, :
et al., : Jointly Administered
:
Debtors.[1] : **Related Docket No. 994**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF CANCELED OMNIBUS HEARING

PLEASE TAKE NOTICE that the hearing previously scheduled for **August 2, 2017, at 1:00 p.m. (Eastern)** [Docket No. 994] in the above-captioned jointly administered bankruptcy cases has been canceled, with the permission of the Court.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors and, where applicable, the last four digits of their respective taxpayer identification numbers, are as follows: Ryckman Creek Resources, LLC (4180), Ryckman Creek Resources Holding Company LLC, Peregrine Rocky Mountains LLC, and Peregrine Midstream Partners LLC (3363). The address of the Debtors' corporate headquarters is 3 Riverway, Suite 1100, Houston, TX 77056.

Dated: Wilmington, Delaware
July 27, 2017

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

    */s/ Robert A. Weber*
    Robert A. Weber (I.D. No. 4013)
    Alison M. Keefe (I.D. No. 6187)
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    Telephone: (302) 651-3000
    Fax: (302) 651-3001

    - and -

    George N. Panagakis
    Christopher M. Dressel
    Tabitha J. Atkin
    155 N. Wacker Dr.
    Chicago, Illinois 60606
    Telephone: (312) 407-0700
    Fax: (312) 407-0411

    Counsel for Debtors and Debtors in Possession