**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                          :    Chapter 11
:
RYCKMAN CREEK RESOURCES, LLC,    :    Case No. 16-10292 (KJC)
et al.,                                                         :
:    Jointly Administered
Debtors.[1]                                      :
:    **Related Docket Nos. 1027, 1028, 1034, 1041, 1062,**
:    **1078, 1118**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF (I) FURTHER EXTENSION OF**
**CERTAIN DATES ESTABLISHED IN THE BIDDING PROCEDURES**
**AND (II) ADJOURNMENT OF DISCLOSURE STATEMENT HEARING *SINE DIE***

TO ALL HOLDERS OF CLAIMS AND INTERESTS AND PARTIES IN INTEREST:

　　　PLEASE TAKE NOTICE THAT on May 31, 2017, the Bankruptcy Court entered the Order (I) Approving Bidding Procedures, (II) Scheduling the Bid Deadline and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief [Docket No. 1041] (the "Bidding Procedures Order").[2] The Bidding Procedures Order established June 26, 2017, at 5:00 p.m. (Eastern) as the Bid Deadline and established June 28, 2017, at 9:30 a.m. (Eastern), as the date and time of the Auction, if any.

　　　PLEASE TAKE FURTHER NOTICE THAT pursuant to Sections IX and XIII of the Bidding Procedures, the Debtors reserved their right to adopt certain modifications to the Bidding Procedures, including extending certain dates and deadlines established thereby, with the consent of the Agent and after consultation with the Consultation Parties. Accordingly, the Debtors, by notice, extended the Bid Deadline to July 17, 2017, at 5:00 p.m. (Eastern) and rescheduled the Auction for July 19, 2017, at 9:30 a.m. (Eastern) and subsequently further extended the Bid Deadline to August 21, 2017, at 5:00 p.m. (Eastern) and rescheduled the Auction for August 23, 2017, at 9:30 a.m. (Eastern).

---

[1]　　The Debtors and, where applicable, the last four digits of their respective taxpayer identification numbers, are as follows: Ryckman Creek Resources, LLC (4180), Ryckman Creek Resources Holding Company LLC, Peregrine Rocky Mountains LLC, and Peregrine Midstream Partners LLC (3363). The address of the Debtors' corporate headquarters is 3 Riverway, Suite 1100, Houston, TX 77056.

[2]　　Capitalized terms used but not defined herein shall have the meanings set forth in the Bidding Procedures or the Bidding Procedures Order.

PLEASE TAKE FURTHER NOTICE THAT the Debtors hereby further extend the Bid Deadline and reschedule the Auction, as follows:

|  | Date Previously Scheduled | Date as Rescheduled |
|---|---|---|
| **Bid Deadline** | August 21, 2017, at 5:00 p.m. ET | September 13, 2017, at 5:00 p.m. ET |
| **Auction** | August 23, 2017, at 9:30 a.m. ET | September 15, 2017, at 9:30 a.m. ET |

PLEASE TAKE FURTHER NOTICE THAT the Bidding Procedures and the Bidding Procedures Order remain in full force and effect, without modification, except as expressly set forth herein. Be advised that the Bidding Procedures and the Bidding Procedures Order set forth various additional procedures concerning, and requirements for, the Bid Deadline and the Auction. These procedures and requirements are not restated in their entirety in this Notice but nonetheless remain in full force and effect except as expressly modified hereby. Accordingly, potential Bidders and other interested parties are urged to review carefully the Bidding Procedures and the Bidding Procedures Orders. The Debtors reserve their right to adopt other or further modifications to the Bidding Procedures in accordance with the terms thereof and of the Bidding Procedures Order.

PLEASE TAKE FURTHER NOTICE THAT in light of the extension of the Bid Deadline and rescheduling of the Auction as set forth herein, the hearing to consider approval of, *inter alia*, (a) the Fourth Amended Disclosure Statement With Respect to the Third Amended Joint Chapter 11 Plan of Reorganization of Ryckman Creek Resources, LLC and Its Affiliated Debtors and Debtors-in-Possession [Docket No. 1028] and (b) the Motion of the Debtors for Entry of an Order Approving (I) Disclosure Statement and Notice of the Disclosure Statement Hearing, (II) Hearing Date to Consider Confirmation of the Plan and Procedures for Filing Objections Thereto, (III) Certain Deadlines Related to Solicitation and Confirmation, (IV) Solicitation Procedures for Confirmation of the Plan, (V) Voting and General Tabulation Procedures, and (VI) Rights Offering Procedures and Related Forms, currently scheduled to commence on August 24, 2017 (the "<u>Disclosure Statement Hearing</u>"), has been adjourned *sine die*. The Debtors will announce the date and time of the rescheduled Disclosure Statement Hearing by subsequent notice as soon as a date has been set by the Court.

Dated: Wilmington, Delaware
       August 21, 2017

                                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                        */s/ Robert A. Weber*
                                        Robert A. Weber (I.D. No. 4013)
                                        Alison M. Keefe (I.D. No. 6187)
                                        One Rodney Square
                                        P.O. Box 636
                                        Wilmington, Delaware 19899-0636
                                        Telephone: (302) 651-3000
                                        Fax: (302) 651-3001

                                        – and –

                                        George N. Panagakis
                                        Christopher M. Dressel
                                        Tabitha J. Atkin
                                        155 N. Wacker Dr.
                                        Chicago, Illinois 60606
                                        Telephone: (312) 407-0700
                                        Fax: (312) 407-0411

                                        Counsel for Debtors and Debtors in Possession