**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>RYCKMAN CREEK RESOURCES, LLC., *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 16-10292<br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the new address of Bayard, P.A., ("Bayard") is 600 N. King Street, Suite 400, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that Bayard's mailing address remains, P.O. Box 25130, Wilmington, DE 19899.

Dated: October 17, 2017
　　　　Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Neil B. Glassman (No. 2087)
Justin R. Alberto (No. 5126)
600 N. King Street, Suite 400
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: nglassman@bayardlaw.com
　　　　jalberto@bayardlaw.com

*Counsel to ING Capital, LLC*