UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| RYCKMAN CREEK RESOURCES, ) | |
| LLC, et al., ) | |
| ) | Case No. 16-10292 (KJC) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that, effective November 1, 2017, the law firm of Womble Carlyle Sandridge & Rice, LLP has changed its name to Womble Bond Dickinson (US) LLP.

PLEASE TAKE FURTHER NOTICE that the office address, telephone numbers, and facsimile numbers remain the same for the below listed attorneys. However, individual e-mail addresses have been changed to reflect the @wbd-us.com domain name as set forth below.

Dated: November 6, 2017

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Kevin J. Mangan*
Kevin J. Mangan (DE No. 3810)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4361
Facsimile: (302) 661-7729
E-mail: Kevin.Mangan@wbd-us.com

*Counsel for Brock Services, LLC*