# EXHIBIT A

## Duplicate Claims

| Count | (1)<br>Name of Claimant | (2)<br>Remaining Claim Number | Duplicate Claim to be Disallowed | (3)<br>Claim Amount | (4)<br>Reason for Disallowance |
|---|---|---|---|---|---|
| 1 | PacifiCorp d/b/a Rocky Mountain Power | 56 | 177 | $178,979.99<br><br>(General Unsecured portion) | Claim to be disallowed is duplicative of remaining claim. |
| 2 | PacifiCorp d/b/a Rocky Mountain Power | 56 | 177 | $116,483.05<br><br>(§503(b)(9) portion) | Claim to be disallowed is duplicative of remaining claim. |
| 3 | PacifiCorp d/b/a Rocky Mountain Power | 56 | 179 | $116,483.05<br><br>(§503(b)(9) portion) | Claim to be disallowed is duplicative of remaining claim. |
| 4 | PacifiCorp d/b/a Rocky Mountain Power | 56 | 178 | $116,483.05<br><br>(§503(b)(9) portion) | Claim to be disallowed is duplicative of remaining claim. |
| 5 | PacifiCorp d/b/a Rocky Mountain Power | 56 | 178 | $178,979.99<br><br>(General Unsecured portion) | Claim to be disallowed is duplicative of remaining claim. |
| 6 | VirtueCom | 180 | 181 | $76,931.16 | Claim to be disallowed is duplicative of remaining claim. |

# EXHIBIT B

Equity Claims

| Count | (1)<br>Name of Claimant | (2)<br>Claim Number | (3)<br>Claim Amount | (4)<br>Reason for Disallowance |
|---|---|---|---|---|
| 1 | Superior Natural Gas Corp. | 150 | $1,000,000.00 | Claim is on account of equity. |
| 2 | Walter Oil and Gas Corp. | 146 | $1,000,000.00 | Claim is on account of equity. |

ADMIN 35608638v1