# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RYCKMAN CREEK RESOURCES, LLC, *et al.*,[1] | Case No. 16-10292 (MFW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR ENTRY OF FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE

The undersigned counsel to JLL Consultants, Inc., solely in its capacity as liquidating trustee (the "Liquidating Trustee") in the above-captioned cases, hereby certifies that:

1. On December 10, 2021, the Liquidating Trustee filed the *Motion of the Liquidating Trustee for Entry of Final Decree and Order Closing Chapter 11 Case* [Docket No. 1677] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Notice of Motion, objections were due on December 27, 2021. As of the date hereof, the undersigned counsel has not received any answers, objections, or other responsive pleadings to the Motion.

3. Therefore, I respectfully request that the Court enter the proposed form of order attached to the Motion at its earliest convenience.

Dated: December 28, 2021

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
MeloroD@gtlaw.com

---

[1] The Reorganized Debtors and, where applicable, the last four digits of their respective taxpayer identification numbers are as follows: Ryckman Creek Resources, LLC (4180), Ryckman Creek Resources Holding Company LLC, Peregrine Rocky Mountains LLC, and Peregrine Midstream Partners LLC (3363). The address of the Debtors' corporate headquarters is 3 Riverway, Suite 1100, Houston, TX 77056.

ACTIVE 61933177

- and -

David B. Kurzweil (Admitted Pro Hac Vice)
Georgia Bar No. 430492
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678-553-2100
Facsimile: 678-553-2269
KurzweilD@gtlaw.com

- and -

Shari L. Heyen (Admitted Pro Hac Vice)
Texas State Bar No. 09564750
1000 Louisiana, Suite 1700
Houston, Texas 77002
Telephone: 713-374-3564
Facsimile: 713-374-3505
HeyenS@gtlaw.com

*Counsel to JLL Consultants, Inc. in its capacity as Liquidating Trustee*