# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RYCKMAN CREEK RESOURCES, LLC, *et al.*,[1] | Case No. 16-10292 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 1677** |

## FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE

Upon the *Liquidating Trustee's Motion for Entry of a Final Decree and Order Closing Chapter 11 Case* (the "Motion");[2] and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estates, creditors, and other parties in interest; and this Court having found that the Liquidating Trustee provided appropriate notice of the Motion and the opportunity for a hearing on the Motion (the "Hearing") under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is,

---

[1] The Reorganized Debtors and, where applicable, the last four digits of their respective taxpayer identification numbers are as follows: Ryckman Creek Resources, LLC (4180), Ryckman Creek Resources Holding Company LLC, Peregrine Rocky Mountains LLC, and Peregrine Midstream Partners LLC (3363). The address of the Debtors' corporate headquarters is 3 Riverway, Suite 1100, Houston, TX 77056.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

ORDERED, DECREED, AND ADJUDGED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Case of Ryckman Creek Resources, LLC, Case No. 16-10292 (MFW), shall be and hereby is closed.

3. Following entry of this Final Decree and Order, the docket of the Remaining Case shall be marked as "Closed."

4. To the extent not already paid, the fees required to be paid to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6) shall be paid within 15 days after the date of entry of this Final Decree and Order. Any remaining post-confirmation reports shall also be filed within 15 days of entry of this Final Decree and Order.

5. Pursuant to Local Rule 2002-1(f), KCC is relieved of any further obligations with respect to claims and noticing services effective immediately upon entry of this Final Decree and Order. In accordance with Local Rule 2002-l(f)(ix), within 28 days of entry of this Final Decree and Order, the Claims and Noticing Agent will: (a) forward to the Clerk an electronic version of all imaged claims, (b) upload the creditor mailing list into CM/ECF, and (c) docket a Final Claims Register. One combined register shall be docketed in the lead case containing claims of all of the Chapter 11 Cases. The Claims and Noticing Agent shall further box and transport all original claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154 and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

6. Entry of this Final Decree and Order shall be without prejudice to the rights of the Liquidating Trustee, on behalf of the Liquidating Trust, or any other party-in-interest to seek to reopen any of the Chapter 11 Cases for cause.

7. Notwithstanding any stay that might be applicable to this Final Decree and Order, this Final Decree and Order shall be effective and enforceable immediately upon entry hereof.

8. The Court shall retain jurisdiction to construe and enforce the terms of the Motion and this Final Decree and Order.

Dated: January 3rd, 2022  
Wilmington, Delaware

**MARY F. WALRATH**  
**UNITED STATES BANKRUPTCY JUDGE**